IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
SEP 03 2015
CHRIS R. JOHNSON, Clerk
By _____ Deputy Clerk

| | |
|---|---|
| FERRELL CLEMENTS | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 15-6094 |
| ARMED FORCES INSURANCE EXCHANGE | ) ) ) |
| Defendant. | ) ) |

## NOTICE OF REMOVAL

Defendant, ARMED FORCES INSURANCE EXCHANGE ("AFI"), by and through its attorneys, and pursuant to 28 U.S.C. §§1332, 1441, and 1446, gives notice of the removal of this case from the Circuit of Montgomery County, Arkansas, to the United States District Court, Western District of Arkansas, Hot Springs Division. In support thereof, AFI states as follows:

1. On or about August 5, 2015, plaintiff commenced this action in the Circuit Court of Montgomery County, Arkansas, captioned *Ferrell Clements vs. Armed Forces Insurance Exchange*, 49CV-15-41.

2. Plaintiff's complaint was served on AFI on August 31, 2015, through acceptance of service of the complaint by counsel for AFI. A copy of the complaint is attached as Exhibit "A". AFI filed its answer in Montgomery County, Arkansas on September 2, 2015. A copy of the answer is attached as Exhibit "B". Exhibits "A" and "B" represent all pleadings filed in the Montgomery County case.

1

1272112-v1

3. Plaintiff's complaint alleges that plaintiff is a citizen of Montgomery County, Arkansas.

4. At the time of the commencement of this action, and at all relevant times, AFI has been, and is, a foreign corporation incorporated under the laws of the State of Kansas, with its principal place of business in Leavenworth, Kansas.

5. There is complete diversity of citizenship between plaintiff and AFI.

6. The amount in controversy with respect to plaintiff's claims exceeds the sum or value of $75,000, exclusive of interest and costs. See Paragraphs 5 and 30 of plaintiff's complaint.

7. Ultimately, this is an action over which this court has original subject matter jurisdiction pursuant to 28 U.S.C. § 1332(a)(1), because the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states. Accordingly, this action is removable from the Circuit Court of Montgomery County, Arkansas, to this Court pursuant to 28 U.S.C. §§ 1332(a) and 1441(a)–(b).

8. This notice of removal is being filed pursuant to provisions of 28 U.S.C. § 1441, within thirty (30) days after receipt of the complaint by AFI.

9. AFI will file a copy of this notice of removal with the Clerk of the Circuit Court of Montgomery County, Arkansas, pursuant to 28 U.S.C. § 1446(d). Under the provisions of 28 U.S.C. § 1441 and all applicable statutes with which plaintiff and AFI have complied, this action is removed from the Circuit Court of

Montgomery County, Arkansas, to the United States District Court, Western District of Arkansas, Hot Springs Division.

WHEREFORE, Defendant, ARMED FORCES INSURANCE EXCHANGE, gives notice of the removal of this action captioned *Ferrell Clements v. Armed Forces Insurance Exchange,* 49CV-15-41, from the Circuit Court of Montgomery County, Arkansas, to the United States District Court, Western District of Arkansas, Hot Springs Division.

> WRIGHT, LINDSEY & JENNINGS LLP
> 200 West Capitol Avenue, Suite 2300
> Little Rock, Arkansas 72201-3699
> (501) 371-0808
> FAX: (501) 376-9442
> E-MAIL: kpryor@wlj.com
>
> By /s/ *Kathryn A. Pryor*
>    Kathryn A. Pryor (89206)
>    E. Lee Lowther III (2013142)
>    Attorneys for Defendant Armed Forces Insurance Exchange

## CERTIFICATE OF SERVICE

I hereby certify that on September 2nd, 2015, I served this notice of removal via electronic and first class mail service on the following:

> Ms. Connie Grace
> Gary Holt & Associates
> 708 West 2nd Street
> P. O. Box 3887
> Little Rock, Arkansas 72204

> /s/ *Kathryn A. Pryor*
> Kathryn A. Pryor

1272112-v1