# IN THE CIRCUIT COURT OF MONTGOMERY COUNTY
## _____ DIVISION

**FERRELL CLEMENTS**                                              **PLAINTIFF**

**V.**                         Case No. 49CV-15-41

**ARMED FORCES INSURANCE EXCHANGE**                      **DEFENDANT**

## COMPLAINT

Comes the Plaintiff, Ferrell Clements, by and through his attorneys Gary Holt & Associates, P.A., and for his complaint for declaratory judgment, contract and bad faith against Armed Forces Insurance Exchange, hereby states as follows:

1.    At all relevant times herein, the Plaintiff, Ferrell Clements ("Plaintiff" or "Clements"), is an individual resident of Montgomery County.

2.    At all relevant times herein, the Defendant, Armed Forces Insurance Exchange ("Defendant" or "AFIE") is a foreign insurance company licensed to do business in Arkansas and actually doing business as an as an insurer and issuing insurance policies in the State of Arkansas and in Montgomery County. Its agent for service is Darrell Caplener, 10802 Executive Center Drive, Suite 208, Little Rock, Arkansas 72211.

3.    The events alleged herein occurred in Montgomery County, Arkansas.

4.    This Court has jurisdiction over the subject matter and parties, and venue is proper in this Court.

Page **1** of **11**



EXHIBIT
A

5.     On or about January 14, 2013, the Defendant, AFIE, for the consideration of periodic premiums paid by the Plaintiff, issued and delivered to the Plaintiff a policy of insurance providing homeowners insurance coverage in the amount of $168,500 for Plaintiff's residence located at 24 Daffodil Lane, Story, AR 71970 ("the home" or "the residence"). The policy further provided for unlimited loss of use and replacement of personal property in the amount of $168,500, as well as coverage for other losses as set forth under "Special Provisions – Arkansas Coverage D", contained in the attachment to Plaintiff's Complaint, which is a certified copy of Insurance Policy No. 0688734E-BR, including annual renewal endorsement is attached hereto as Exhibit "A" and is incorporated by reference herein. AFIE, in fact, inspected Clements' home before issuing the policy and specifically determined the amount required to replace the home in the event of a total loss as $168,500.

6.     Pursuant to the contract and Ark. Code Ann. § 23-88-101(a), in the event of a total loss, the insured, Clements, was entitled to recover the policy limits as well as coverage for the loss of personal property.

7.     At all relevant times herein, the home was covered by the AFIE policy issued to the Plaintiff, and said policy was in force on March 1, 2013.

8.     At all relevant times herein, the Plaintiff was the owner of the home located at 24 Daffodil Lane, Story, AR 71970 and resided there.

9.    On or about March 1, 2013, a fire loss occurred which rendered the residence unlivable.  Plaintiff made a claim in the amount of $168,500 and for the personal property, and Defendant has denied the claim.    Exhibit B, Proof of Claim, is attached hereto and incorporated by reference.

10.    Repeated demands have been made for Defendant to pay the claim; however, Defendant has refused payment.

11.    Clements has, at all times, fully cooperated with the Defendant in regard to the investigation of the fire and loss.

12.    As a proximate result of Defendant's actions, Plaintiff has sustained damages as set forth more fully herein below.

## COUNT 1: DECLARATORY JUDGMENT

13.    Plaintiff restates and realleges each of the factual allegations contained herein and incorporates all by reference.

14.    Defendant's Policy states:  "We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of the policy." Exhibit A, "Homeowners 3[,] Special Form".

15.    Fire is a covered peril under the policy for both the residence and contents of the residence.

16.    The Policy defines "Insured location" in relevant part as follows in Subsection 4 at Page 1 of 18:

      a.     The "residence premises";

      b.     The part of other premises, other structures and grounds used by you as a residence; and

      (1) Which is shown in the Declarations [.]  or

      c.     Any premise used by you in connection with a premises in 4.a and 4.b. above [.]

Exhibit A.

17.     Subsection 8 further provides in relevant part that "Residence premises" means:

      a.     The one family dwelling, other structures and grounds; or

      b.     That part of any other building;

      where you reside and which is shown as the "Residence premises" in the Declarations.

EXHIBIT A.

18.   Plaintiff paid all premiums due under the contract for the residence premises and complied with all applicable provisions of the contract.

19.   An actual controversy exists between Plaintiff and Defendant AFIE arising out of the events alleged herein.  Specifically, Plaintiff contends that Defendant has no legal basis for excluding coverage and refusing to pay for, among other things, the residence, including the buildings and structures, repairs, and contents.

20.   The exclusion asserted by the Defendant was allegedly based on the following:

"Section I – PROPERTY COVERAGES:

1.   We do not insure for loss caused directly or indirectly by any of the following.  Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequent to the loss.

   (h)   Intentional loss, meaning any loss arising out of any act committed:

      (1) By or at the direction of an "insured;" and

      (2) With the intent to cause a loss.

SECTION I - CONDITIONS of the policy, as found in the endorsement to the policy, includes the following condition for coverage:

2.  Concealment or Fraud.

(a)   Under Section I – Property Coverages, with respect to all "insureds" covered under this policy, we provide no coverage for loss under Section I – Property Coverages, if whether before or after a loss, one or more "insureds" have:

(1)   Intentionally concealed or misrepresented any material fact or circumstance;

(2)   Engaged in fraudulent conduct; or

(3)   Made false statements;

relating to this insurance."

Exhibit "A", "Special Provisions – Arkansas" Endorsements.

21.    Plaintiff did not intentionally·cause the fire or direct that the residence be burned.

·22.    Plaintiff did not intentionally conceal or misrepresent any material fact or circumstances; did not engage in fraudulent conduct; or make any false statements relating to this insurance.

23.    A judicial determination of the respective rights and duties of Plaintiff and Defendant with regard to the subject Policy is both necessary and proper at this time to determine if AFIE should be required to pay the insurance benefits pursuant to the Policy.

24.    Plaintiff desires a judicial determination of his rights and duties under the Policy and a declaration that AFIE is obligated under the policy to cover Plaintiff's fire loss.

25.    Plaintiff further requests a judicial determination that the exclusion relied upon by AFIE is an insufficient basis upon which to deny the fire loss.

## COUNT 2: BREACH OF CONTRACT

26.    Plaintiff restates and realleges each of the factual allegations contained herein and incorporates all by reference.

27.    The policy of insurance attached hereto formed a contract by and between the parties.

28. Pursuant to the terms of the contract, when Plaintiff suffered a fire loss in form of damages to his property, building, structures, and contents, Defendant had a contractual obligation to indemnify such loss and pay for damages, repairs and replacements in return for the payment of Plaintiff's premiums.

29. By failing and refusing to cover the loss and to pay for the referenced fire damages, repairs, replacement of contents, Defendant is in breach of the contract between the parties.

30. Plaintiff is entitled to all benefits due under the contract of insurance.

31. Plaintiff is entitled to attorney's fees and costs, as well as penalties pursuant to Ark. Code Ann. § 23-79-208.

## COUNT 3: BAD FAITH

32. Plaintiff restates and realleges each of the factual allegations contained herein and incorporates all by reference.

33. On or about On or about January 14, 2012, the Defendant, AFIE, for the consideration of periodic premiums paid by the Plaintiff, issued and delivered to the Plaintiff the Policy of insurance providing homeowners insurance coverage at issue. Exhibit "A".

34. Plaintiff complied with all terms of the policy attached hereto as Exhibit "A", including the payment of all premiums due in owing to defendant AFIE.

35.   The relevant terms of the policy included coverage against fire damage for both the dwelling with limits of $168,500 and personal property limits of $168,500, as well as unlimited loss of use at the above address.

36.   The March 1, 2013 fire, a specific peril covered under the Policy, damaged Plaintiff's residence to the extent that rendered it unlivable.

37.   Plaintiff notified Defendant of the loss as required pursuant to the policy and fully cooperated with the investigation of Claim No. C73869.

38.   Defendant is guilty of bad faith in its attempt to avoid liability under the Policy issued to the Plaintiff, and Defendant's conduct, through its agents, servants, and employees, proximately caused damages to Plaintiff.

39.   Defendant delayed a determination regarding a specific reason for its denial by vaguely citing "coverage issues" before coming up with the exclusion cited by its representative above.

40.   Defendant continues to deny coverage for the benefits contained in the policy for fire loss.

41.   Defendant's agents, servants, and employees engaged in and continue to engage in affirmative misconduct, including but not limited to matters not "relating to this insurance", without a good faith defense. Additionally, Defendant specifically ignored the findings of the local fire department and cannot show that Plaintiff's actions were either "intentional" or "fraudulent". Defendant's

oppressive intent to deny coverage is also demonstrated in its threats to include Plaintiff's prior counsel as a witness. The affirmative conduct was dishonest, oppressive, and/or malicious. The conduct was malicious in that it was carried out with at state of mind characterized by hatred, ill-will, or a spirit of revenge, which proximately caused Plaintiff's damages.

42.     Defendant is liable for the tort of bad faith, which proximately caused Plaintiff's damages as set forth herein.

## DAMAGES

43.     As a result of Defendant's breach of contract and bad faith, Plaintiff sustained damages, including but not limited to:

    a.     Policy proceeds and benefits denied according to proof;

    b.     Interest;

    c.     Prejudgment interest;

    d.     Economic and consequential damages; and

    e.     Attorney's fees;

    f.     Twelve-percent penalty pursuant to Ark. Code Ann. § 23-79-208; and

    g.     Punitive damages, in order to punish the wrongdoer and deter future misconduct by other insurance companies in the future.

44.     Plaintiff demands a trial by jury.

45.    Plaintiff reserves the right to amend his Complaint pending further discovery.

WHEREFORE, the Plaintiff, Ferrell Clements, prays for judgment against Armed Forces Insurance Exchange, as follows:

1.    A Declaratory Judgment pursuant to Ark. R. Civ. P. 57 and Ark. Code Ann. §§ 16-111-101 through 16-111-111 that the Defendant, Armed Forces Insurance Exchange, be required to pay all benefits due under the Policy in amounts to be proven at trial.  Further, Plaintiff seeks the Declaratory Judgment that the exclusion is not applicable and an insufficient basis upon which to deny the coverage.  Plaintiff further prays for all costs, interest, and attorney's fees, as well as, all other just and proper relief to which Plaintiff may be entitled.

2.    Plaintiff prays for judgment against Defendant Armed Forces Insurance Exchange's breach of contract including but not limited to: policy proceeds for the fire loss due according to proof, interest, pre-judgment interest, economic and consequential damages, attorney's fees, together with a twelve-percent penalty pursuant to Ark. Code Ann. § 23-79-208, as well as for all other just and proper relief to which the Plaintiff may be entitled.

3.    In addition to the above damages, Plaintiff prays for all applicable compensatory damages and punitive damages against Defendant's bad faith in

denying coverage in order to punish the wrongdoer and to deter others for future misconduct.

4.     Plaintiff prays for a jury trial for all causes of action herein and for all other just and proper relief to which he may be entitled.

5.     Plaintiff reserves the right to amend his complaint pending further discovery.

Respectfully submitted,

GARY HOLT & ASSOCIATES, P.A.
P.O. Box 3887
708 West Second Street
Little Rock, AR. 72203-3887
Telephone: (501) 372-0266
Fax: (501) 372-2249
Email: gracec@garyholtlaw.com
By: _____
Connie Grace, AR # 97101

0688734E
PV1 FERRELL D CLEMENTS

24 DAFFODIL LN
STORY  AR  71970-7920


0688734E
PV1 FERRELL D CLEMENTS

24 DAFFODIL LN
STORY  AR  71970-7920

0688734E
PV1 FERRELL D CLEMENTS

24 DAFFODIL LN
STORY  AR  71970-7920



PLAINTIFF'S
EXHIBIT

This declarations page, the policy jacket, the policy form and the endorsements whose numbers are shown hereon constitute the entire policy contract.

**ARMED FORCES INSURANCE EXCHANGE**

ENDORSEMENT EFF 01/14/13 AMEND NAMED INSURED

Certified Copy

NAMED
INSURED   FERRELL D CLEMENTS
AND       24 DAFFODIL LANE
INSURED   STORY   AR   71970
LOCATION  COUNTY: MONTGOMERY

MEMBER NUMBER: 4503291
POLICY NUMBER: 0688734E-BR

POLICY PERIOD: 12:01 AM STANDARD TIME AT
THE RESIDENCE PREMISES FOR
12 MONTHS FROM 01/14/13 TO
01/14/14.

SECTION I - COVERAGES

A. DWELLING      B.  OTHER        C. PERSONAL        D. LOSS OF
                     STRUCTURES       PROPERTY            USE
   $168,500          $16,850          $168,500         UNLIMITED

SECTION II - LIMITS OF LIABILITY

E. PERSONAL LIABILITY     F. MEDICAL PAYMENTS TO OTHERS
   (EACH OCCURRENCE)         (EACH PERSON)
        $300,000                $5,000

                                    TOTAL ANNUAL PREMIUM     $2,036.00

                          PREMIUM ADJUSTMENT: NONE
SUBSEQUENT ANNUAL PREMIUMS BASED UPON RATES IN EFFECT AT EACH ANNUAL
INSTALLMENT DUE DATE.

FORMS AND ENDORSEMENTS:

HO 00 03 04 91   HO0103 0107 HO0496 0491 HOAF09 0109 HOAF46 0491
HOAF65 0303 HOAF95 0112 300038 0906

HO 04 16        04 91 PREMISES ALARM CREDIT CODE 3B
HO AF 30        06 99 EXCESS DWELLING COVERAGE

DEDUCTIBLE - SECTION I: IN CASE OF LOSS UNDER SECTION I, WE COVER ONLY THAT
                        PART OF THE LOSS OVER THE FOLLOWING DEDUCTIBLE:
                        $1,000 ALL PERILS

MORTGAGEE
DIAMOND BANK
2360 MALVERN AVENUE
HOT SPRINGS   AR   79101

CONSTRUCTION: MASONRY       M        AR-014     01        150710        91- XH     V01
9              44                                                 ARC FACTOR: 1.016
                                                                 H100521-01

If this declarations page is designated as "ENDORSEMENT", it is agreed in consideration of the premium or the change in premium
herein indicated that any previous declaration page of this policy is hereby amended by this page.

03/05/13



## Armed Forces Insurance
### EXCHANGE

550 Eisenhower Road, Leavenworth, KS 66048

# HOMEOWNERS POLICY

THIS POLICY DOES NOT COVER FLOOD LOSS

We can help you get protection!
**Armed Forces Insurance**
800.524.9329

**PLAN OF OPERATIONS:** Wherever the words "Policy", "Insured", "Company", and "Premium" occur herein, they shall be taken and construed to mean "Contract", "Subscriber", "Reciprocal or Inter-Insurance Exchange", and "Deposit" respectively. This policy is issued as part of an Inter-Insurance Exchange by Armed Forces Insurance Corporation as Attorney-in-Fact for Armed Forces Insurance Exchange in accordance with the powers vested in it by an agreement executed by the subscriber.

**NON-ASSESSABLE:** The policy is non-assessable and the insured's liability is limited to the payment of the premiums as herein provided.

**PARTICIPATION:** Dividends may be declared.

**THIS POLICY JACKET WITH THE POLICY FORM, DECLARATIONS PAGE AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETES THE POLICY.**

Policyholder Services
Toll-Free 1-800-255-6792
Local 913-727-4560
service@afi.org

Claims
Toll-Free 1-800-255-0187
Local 913-727-4380
clpt@afi.org

Billings
Toll-Free 1-800-524-9325
Local 913-727-4350
billing@afi.org

Optional Flood Insurance
Toll-Free 1-800-524-9329
Local 913-727-4204
flood@afi.org

3 00 038 09 06

This is a legal contract between the policyholder and the company.

## READ YOUR POLICY CAREFULLY.

## YOUR POLICY AT A GLANCE



|  |  |
|---|---|
| **SECTION I**<br>**YOUR**<br>**PROPERTY** | POLICY JACKET<br>YOUR POLICY AT A GLANCE<br>DECLARATIONS<br>POLICY FORMS |
|  | AGREEMENT<br>DEFINITIONS<br>COVERAGES<br>PERILS INSURED AGAINST<br>EXCLUSIONS<br>CONDITIONS |
| **SECTION II**<br>**YOUR LIABILITY** | COVERAGES<br>EXCLUSIONS<br>ADDITIONAL COVERAGES<br>CONDITIONS |
| **SECTION I**<br>**AND**<br>**SECTION II** | CONDITIONS |
|  | ENDORSEMENTS |

The Armed Forces Insurance Exchange has caused this policy to be executed and signed by a duly authorized representative of its Attorney-in-Fact.

*Kurt Sullad*

Authorized Representative

# HOMEOWNERS 3
# SPECIAL FORM

## AGREEMENT

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy.

## DEFINITIONS

In this policy, "you" and "your" refer to the "named insured" shown in the Declarations and the spouse if a resident of the same household. "We," "us" and "our" refer to the Company providing this insurance. In addition, certain words and phrases are defined as follows:

1. "Bodily injury" means bodily harm, sickness or disease, including required care, loss of services and death that results.

2. "Business" includes trade, profession or occupation.

3. "Insured" means you and residents of your household who are:

   a. Your relatives; or

   b. Other persons under the age of 21 and in the care of any person named above.

   Under Section II, "insured" also means:

   c. With respect to animals or watercraft to which this policy applies, any person or organization legally responsible for these animals or watercraft which are owned by you or any person included in 3.a. or 3.b. above. A person or organization using or having custody of these animals or watercraft in the course of any "business" or without consent of the owner is not an "insured";

   d. With respect to any vehicle to which this policy applies:

      (1) Persons while engaged in your employ or that of any person included in 3.a. or 3.b. above; or

      (2) Other persons using the vehicle on an "insured location" with your consent.

4. "Insured location" means:

   a. The "residence premises";

   b. The part of other premises, other structures and grounds used by you as a residence and:

      (1) Which is shown in the Declarations; or

      (2) Which is acquired by you during the policy period for your use as a residence;

   c. Any premises used by you in connection with a premises in 4.a. and 4.b. above;

   d. Any part of a premises:

      (1) Not owned by an "insured"; and

      (2) Where an "insured" is temporarily residing;

   e. Vacant land, other than farm land, owned by or rented to an "insured";

   f. Land owned by or rented to an "insured" on which a one or two family dwelling is being built as a residence for an "insured";

   g. Individual or family cemetery plots or burial vaults of an "insured"; or

   h. Any part of a premises occasionally rented to an "insured" for other than "business" use.

5. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions, which results, during the policy period, in:

   a. "Bodily injury"; or

   b. "Property damage."

6. "Property damage" means physical injury to, destruction of, or loss of use of tangible property.

7. "Residence employee" means:

   a. An employee of an "insured" whose duties are related to the maintenance or use of the "residence premises," including household or domestic services; or

   b. One who performs similar duties elsewhere not related to the "business" of an "insured."

8. "Residence premises" means:

   a. The one family dwelling, other structures, and grounds; or

   b. That part of any other building;

   where you reside and which is shown as the "residence premises" in the Declarations.

   "Residence premises" also means a two family dwelling where you reside in at least one of the family units and which is shown as the "residence premises" in the Declarations.

Copyright, Insurance Services Office, Inc., 1990

## SECTION I – PROPERTY COVERAGES

### COVERAGE A – Dwelling

We cover:

1. The dwelling on the "residence premises" shown in the Declarations, including structures attached to the dwelling; and

2. Materials and supplies located on or next to the "residence premises" used to construct, alter or repair the dwelling or other structures on the "residence premises."

This coverage does not apply to land, including land on which the dwelling is located.

### COVERAGE B – Other Structures

We cover other structures on the "residence premises" set apart from the dwelling by clear space. This includes structures connected to the dwelling by only a fence, utility line, or similar connection.

This coverage does not apply to land, including land on which the other structures are located.

We do not cover other structures:

1. Used in whole or in part for "business"; or

2. Rented or held for rental to any person not a tenant of the dwelling, unless used solely as a private garage.

The limit of liability for this coverage will not be more than 10% of the limit of liability that applies to Coverage A. Use of this coverage does not reduce the Coverage A limit of liability.

### COVERAGE C – Personal Property

We cover personal property owned or used by an "insured" while it is anywhere in the world. At your request, we will cover personal property owned by:

1. Others while the property is on the part of the "residence premises" occupied by an "insured";

2. A guest or a "residence employee," while the property is in any residence occupied by an "insured."

Our limit of liability for personal property usually located at an "insured's" residence, other than the "residence premises," is 10% of the limit of liability for Coverage C, or $1000, whichever is greater. Personal property in a newly acquired principal residence is not subject to this limitation for the 30 days from the time you begin to move the property there.

Special Limits of Liability. These limits do not increase the Coverage C limit of liability. The special limit for each numbered category below is the total limit for each loss for all property in that category.

1. $200 on money, bank notes, bullion, gold other than goldware, silver other than silverware, platinum, coins and medals.

2. $1000 on securities, accounts, deeds, evidences of debt, letters of credit, notes other than bank notes, manuscripts, personal records, passports, tickets and stamps. This dollar limit applies to these categories regardless of the medium (such as paper or computer software) on which the material exists.

   This limit includes the cost to research, replace or restore the information from the lost or damaged material.

3. $1000 on watercraft, including their trailers, furnishings, equipment and outboard engines or motors.

4. $1000 on trailers not used with watercraft.

5. $1000 for loss by theft of jewelry, watches, furs, precious and semi-precious stones.

6. $2000 for loss by theft of firearms.

7. $2500 for loss by theft of silverware, silver-plated ware, goldware, gold-plated ware and pewterware. This includes flatware, hollowware, tea sets, trays and trophies made of or including silver, gold or pewter.

8. $2500 on property, on the "residence premises," used at any time or in any manner for any "business" purpose.

9. $250 on property, away from the "residence premises," used at any time or in any manner for any "business" purpose. However, this limit does not apply to loss to adaptable electronic apparatus as described in Special Limits 10. and 11. below.

10. $1000 for loss to electronic apparatus, while in or upon a motor vehicle or other motorized land conveyance, if the electronic apparatus is equipped to be operated by power from the electrical system of the vehicle or conveyance while retaining its capability of being operated by other sources of power. Electronic apparatus includes:

    a. Accessories or antennas; or

    b. Tapes, wires, records, discs or other media;

    for use with any electronic apparatus.

   Copyright, Insurance Services Office, Inc., 1990   HO 00 03 04 91

**11.** $1000 for loss to electronic apparatus, while not in or upon a motor vehicle or other motorized land conveyance, if the electronic apparatus:

**a.** Is equipped to be operated by power from the electrical system of the vehicle or conveyance while retaining its capability of being operated by other sources of power;

**b.** Is away from the "residence premises"; and

**c.** Is used at any time or in any manner for any "business" purpose.

Electronic apparatus includes:

**a.** Accessories and antennas; or

**b.** Tapes, wires, records, discs or other media;

for use with any electronic apparatus.

**Property Not Covered.** We do not cover:

**1.** Articles separately described and specifically insured in this or other insurance;

**2.** Animals, birds or fish;

**3.** Motor vehicles or all other motorized land conveyances. This includes:

**a.** Their equipment and accessories; or

**b.** Electronic apparatus that is designed to be operated solely by use of the power from the electrical system of motor vehicles or all other motorized land conveyances. Electronic apparatus includes:

(1) Accessories or antennas; or

(2) Tapes, wires, records, discs or other media;

for use with any electronic apparatus.

The exclusion of property described in **3.a.** and **3.b.** above applies only while the property is in or upon the vehicle or conveyance.

We do cover vehicles or conveyances not subject to motor vehicle registration which are:

**a.** Used to service an "insured's" residence; or

**b.** Designed for assisting the handicapped;

**4.** Aircraft and parts. Aircraft means any contrivance used or designed for flight, except model or hobby aircraft not used or designed to carry people or cargo;

**5.** Property of roomers, boarders and other tenants, except property of roomers and boarders related to an "insured";

**6.** Property in an apartment regularly rented or held for rental to others by an "insured," except as provided in Additional Coverages **10.**;

**7.** Property rented or held for rental to others off the "residence premises";

**8.** "Business" data, including such data stored in:

**a.** Books of account, drawings or other paper records; or

**b.** Electronic data processing tapes, wires, records, discs or other software media;

However, we do cover the cost of blank recording or storage media, and of pre-recorded computer programs available on the retail market; or

**9.** Credit cards or fund transfer cards except as provided in Additional Coverages **6.**

**COVERAGE D – Loss Of Use**

The limit of liability for Coverage D is the total limit for all the coverages that follow.

**1.** If a loss covered under this Section makes that part of the "residence premises" where you reside not fit to live in, we cover, at your choice, either of the following. However, if the "residence premises" is not your principal place of residence, we will not provide the option under paragraph **b.** below.

**a.** **Additional Living Expense,** meaning any necessary increase in living expenses incurred by you so that your household can maintain its normal standard of living; or

**b.** **Fair Rental Value,** meaning the fair rental value of that part of the "residence premises" where you reside less any expenses that do not continue while the premises is not fit to live in.

Payment under **a.** or **b.** will be for the shortest time required to repair or replace the damage or, if you permanently relocate, the shortest time required for your household to settle elsewhere.

**2.** If a loss covered under this Section makes that part of the "residence premises" rented to others or held for rental by you not fit to live in, we cover the:

**Fair Rental Value,** meaning the fair rental value of that part of the "residence premises" rented to others or held for rental by you less any expenses that do not continue while the premises is not fit to live in.

Payment will be for the shortest time required to repair or replace that part of the premises rented or held for rental.

**3.** If a civil authority prohibits you from use of the "residence premises" as a result of direct damage to neighboring premises by a Peril Insured Against in this policy, we cover the Additional Living Expense and Fair Rental Value loss as provided under **1.** and **2.** above for no more than two weeks.

 Copyright, Insurance Services Office, Inc., 1990

The periods of time under **1.**, **2.** and **3.** above are not limited by expiration of this policy.

We do not cover loss or expense due to cancellation of a lease or agreement.

## ADDITIONAL COVERAGES

1. **Debris Removal.** We will pay your reasonable expense for the removal of:

   a. Debris of covered property if a Peril Insured Against that applies to the damaged property causes the loss; or

   b. Ash, dust or particles from a volcanic eruption that has caused direct loss to a building or property contained in a building.

   This expense is included in the limit of liability that applies to the damaged property. If the amount to be paid for the actual damage to the property plus the debris removal expense is more than the limit of liability for the damaged property, an additional 5% of that limit of liability is available for debris removal expense.

   We will also pay your reasonable expense, up to $500, for the removal from the "residence premises" of:

   a. Your tree(s) felled by the peril of Windstorm or Hail;

   b. Your tree(s) felled by the peril of Weight of Ice, Snow or Sleet; or

   c. A neighbor's tree(s) felled by a Peril Insured Against under Coverage C;

   provided the tree(s) damages a covered structure. The $500 limit is the most we will pay in any one loss regardless of the number of fallen trees.

2. **Reasonable Repairs.** In the event that covered property is damaged by an applicable Peril Insured Against, we will pay the reasonable cost incurred by you for necessary measures taken solely to protect against further damage. If the measures taken involve repair to other damaged property, we will pay for those measures only if that property is covered under this policy and the damage to that property is caused by an applicable Peril Insured Against.

   This coverage:

   a. Does not increase the limit of liability that applies to the covered property;

   b. Does not relieve you of your duties, in case of a loss to covered property, as set forth in SECTION I – CONDITION **2.d.**

3. **Trees, Shrubs and Other Plants.** We cover trees, shrubs, plants or lawns, on the "residence premises," for loss caused by the following Perils Insured Against: Fire or lightning, Explosion, Riot or civil commotion, Aircraft, Vehicles not owned or operated by a resident of the "residence premises," Vandalism or malicious mischief or Theft.

   We will pay up to 5% of the limit of liability that applies to the dwelling for all trees, shrubs, plants or lawns. No more than $500 of this limit will be available for any one tree, shrub or plant. We do not cover property grown for "business" purposes.

   This coverage is additional insurance.

4. **Fire Department Service Charge.** We will pay up to $500 for your liability assumed by contract or agreement for fire department charges incurred when the fire department is called to save or protect covered property from a Peril Insured Against. We do not cover fire department service charges if the property is located within the limits of the city, municipality or protection district furnishing the fire department response.

   This coverage is additional insurance. No deductible applies to this coverage.

5. **Property Removed.** We insure covered property against direct loss from any cause while being removed from a premises endangered by a Peril Insured Against and for no more than 30 days while removed. This coverage does not change the limit of liability that applies to the property being removed.

6. **Credit Card, Fund Transfer Card, Forgery and Counterfeit Money.**

   We will pay up to $500 for:

   a. The legal obligation of an "insured" to pay because of the theft or unauthorized use of credit cards issued to or registered in an "insured's" name;

   b. Loss resulting from theft or unauthorized use of a fund transfer card used for deposit, withdrawal or transfer of funds, issued to or registered in an "insured's" name;

   c. Loss to an "insured" caused by forgery or alteration of any check or negotiable instrument; and

   d. Loss to an "insured" through acceptance in good faith of counterfeit United States or Canadian paper currency.

     Copyright, Insurance Services Office, Inc., 1990     HO 00 03 04 91

We do not cover use of a credit card or fund transfer card:

a. By a resident of your household;

b. By a person who has been entrusted with either type of card; or

c. If an "insured" has not complied with all terms and conditions under which the cards are issued.

All loss resulting from a series of acts committed by any one person or in which any one person is concerned or implicated is considered to be one loss.

We do not cover loss arising out of "business" use or dishonesty of an "insured."

This coverage is additional insurance. No deductible applies to this coverage.

Defense:

a. We may investigate and settle any claim or suit that we decide is appropriate. Our duty to defend a claim or suit ends when the amount we pay for the loss equals our limit of liability.

b. If a suit is brought against an "insured" for liability under the Credit Card or Fund Transfer Card coverage, we will provide a defense at our expense by counsel of our choice.

c. We have the option to defend at our expense an "insured" or an "insured's" bank against any suit for the enforcement of payment under the Forgery coverage.

7. **Loss Assessment.** We will pay up to $1000 for your share of loss assessment charged during the policy period against you by a corporation or association of property owners, when the assessment is made as a result of direct loss to the property, owned by all members collectively, caused by a Peril Insured Against under COVERAGE A — DWELLING, other than earthquake or land shock waves or tremors before, during or after a volcanic eruption.

This coverage applies only to loss assessments charged against you as owner or tenant of the "residence premises."

We do not cover loss assessments charged against you or a corporation or association of property owners by any governmental body.

The limit of $1000 is the most we will pay with respect to any one loss, regardless of the number of assessments.

Condition 1. Policy Period, under SECTIONS I AND II CONDITIONS, does not apply to this coverage.

8. **Collapse.** We insure for direct physical loss to covered property involving collapse of a building or any part of a building caused only by one or more of the following:

a. Perils Insured Against in COVERAGE C — PERSONAL PROPERTY. These perils apply to covered buildings and personal property for loss insured by this additional coverage;

b. Hidden decay;

c. Hidden insect or vermin damage;

d. Weight of contents, equipment, animals or people;

e. Weight of rain which collects on a roof; or

f. Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation.

Loss to an awning, fence, patio, pavement, swimming pool, underground pipe, flue, drain, cesspool, septic tank, foundation, retaining wall, bulkhead, pier, wharf or dock is not included under items **b., c., d., e.,** and **f.** unless the loss is a direct result of the collapse of a building.

Collapse does not include settling, cracking, shrinking, bulging or expansion.

This coverage does not increase the limit of liability applying to the damaged covered property.

9. **Glass or Safety Glazing Material.**

We cover:

a. The breakage of glass or safety glazing material which is part of a covered building, storm door or storm window; and.

b. Damage to covered property by glass or safety glazing material which is part of a building, storm door or storm window.

This coverage does not include loss on the "residence premises" if the dwelling has been vacant for more than 30 consecutive days immediately before the loss. A dwelling being constructed is not considered vacant.

Loss for damage to glass will be settled on the basis of replacement with safety glazing materials when required by ordinance or law.

This coverage does not increase the limit of liability that applies to the damaged property.

Copyright, Insurance Services Office, Inc., 1990

10. **Landlord's Furnishings.** We will pay up to $2500 for your appliances, carpeting and other household furnishings, in an apartment on the "residence premises" regularly rented or held for rental to others by an "insured," for loss caused only by the following Perils Insured Against:

a. **Fire or lightning.**

b. **Windstorm or hail.**

   This peril does not include loss to the property contained in a building caused by rain, snow, sleet, sand or dust unless the direct force of wind or hail damages the building causing an opening in a roof or wall and the rain, snow, sleet, sand or dust enters through this opening.

   This peril includes loss to watercraft and their trailers, furnishings, equipment, and outboard engines or motors, only while inside a fully enclosed building.

c. **Explosion.**

d. **Riot or civil commotion.**

e. **Aircraft,** including self-propelled missiles and spacecraft.

f. **Vehicles.**

g. **Smoke,** meaning sudden and accidental damage from smoke.

   This peril does not include loss caused by smoke from agricultural smudging or industrial operations.

h. **Vandalism or malicious mischief.**

i. **Falling objects.**

   This peril does not include loss to property contained in a building unless the roof or an outside wall of the building is first damaged by a falling object. Damage to the falling object itself is not included.

j. **Weight of ice, snow or sleet** which causes damage to property contained in a building.

k. **Accidental discharge or overflow of water or steam** from within a plumbing, heating, air conditioning or automatic fire protective sprinkler system or from within a household appliance.

   This peril does not include loss:

   (1) To the system or appliance from which the water or steam escaped;

   (2) Caused by or resulting from freezing except as provided in the peril of freezing below; or

   (3) On the "residence premises" caused by accidental discharge or overflow which occurs off the "residence premises."

   In this peril, a plumbing system does not include a sump, sump pump or related equipment.

l. **Sudden and accidental tearing apart, cracking, burning or bulging** of a steam or hot water heating system, an air conditioning or automatic fire protective sprinkler system, or an appliance for heating water.

   We do not cover loss caused by or resulting from freezing under this peril.

m. **Freezing** of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance.

   This peril does not include loss on the "residence premises" while the dwelling is unoccupied, unless you have used reasonable care to:

   (1) Maintain heat in the building; or

   (2) Shut off the water supply and drain the system and appliances of water.

n. **Sudden and accidental damage from artificially generated electrical current.**

   This peril does not include loss to a tube, transistor or similar electronic component.

o. **Volcanic eruption** other than loss caused by earthquake, land shock waves or tremors.

The $2500 limit is the most we will pay in any one loss regardless of the number of appliances, carpeting or other household furnishings involved in the loss.

---

## SECTION I— PERILS INSURED AGAINST

### COVERAGE A – DWELLING and COVERAGE B – OTHER STRUCTURES

We insure against risk of direct loss to property described in Coverages A and B only if that loss is a physical loss to property. We do not insure, however, for loss:

1. Involving collapse, other than as provided in Additional Coverage 8.;

2. Caused by:

Copyright, Insurance Services Office, Inc., 1990       HO 00 03 04 91

a. Freezing of a plumbing, heating, air condition-ing or automatic fire protective sprinkler system or of a household appliance, or by discharge, leakage or overflow from within the system or appliance caused by freezing. This exclusion applies only while the dwelling is vacant, unoc-cupied or being constructed, unless you have used reasonable care to:

   (1) Maintain heat in the building; or

   (2) Shut off the water supply and drain the system and appliances of water;

b. Freezing, thawing, pressure or weight of water or ice, whether driven by wind or not, to a:

   (1) Fence, pavement, patio or swimming pool;

   (2) Foundation, retaining wall, or bulkhead; or

   (3) Pier, wharf or dock;

c. Theft in or to a dwelling under construction, or of materials and supplies for use in the con-struction until the dwelling is finished and occu-pied;

d. Vandalism and malicious mischief if the dwell-ing has been vacant for more than 30 consecu-tive days immediately before the loss. A dwell-ing being constructed is not considered vacant;

e. Any of the following:

   (1) Wear and tear, marring, deterioration;

   (2) Inherent vice, latent defect, mechanical breakdown;

   (3) Smog, rust or other corrosion, mold, wet or dry rot;

   (4) Smoke from agricultural smudging or indus-trial operations;

   (5) Discharge, dispersal, seepage, migration, release or escape of pollutants unless the discharge, dispersal, seepage, migration, release or escape is itself caused by a Peril Insured Against under Coverage C of this policy.

   Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes mate-rials to be recycled, reconditioned or re-claimed;

   (6) Settling, shrinking, bulging or expansion, including resultant cracking, of pavements, patios, foundations, walls, floors, roofs or ceilings;

   (7) Birds, vermin, rodents, or insects; or

   (8) Animals owned or kept by an "insured."

If any of these cause water damage not other-wise excluded, from a plumbing, heating, air conditioning or automatic fire protective sprin-kler system or household appliance, we cover loss caused by the water including the cost of tearing out and replacing any part of a building necessary to repair the system or appliance. We do not cover loss to the system or appli-ance from which this water escaped.

3. Excluded under Section I – Exclusions.

Under items 1. and 2., any ensuing loss to property described in Coverages A and B not excluded or excepted in this policy is covered.

## COVERAGE C – PERSONAL PROPERTY

We insure for direct physical loss to the property de-scribed in Coverage C caused by a peril listed below unless the loss is excluded in SECTION 1 – EXCLUSIONS.

1. **Fire or lightning.**

2. **Windstorm or hail.**

   This peril does not include loss to the property con-tained in a building caused by rain, snow, sleet, sand or dust unless the direct force of wind or hail damages the building causing an opening in a roof or wall and the rain, snow, sleet, sand or dust en-ters through this opening.

   This peril includes loss to watercraft and their trail-ers, furnishings, equipment, and outboard engines or motors, only while inside a fully enclosed build-ing.

3. **Explosion.**

4. **Riot or civil commotion.**

5. **Aircraft,** including self-propelled missiles and spacecraft.

6. **Vehicles.**

7. **Smoke,** meaning sudden and accidental damage from smoke.

   This peril does not include loss caused by smoke from agricultural smudging or industrial operations.

8. **Vandalism or malicious mischief.**

9. **Theft,** including attempted theft and loss of proper-ty from a known place when it is likely that the property has been stolen.

   This peril does not include loss caused by theft:

   a. Committed by an "insured";

   b. In or to a dwelling under construction, or of materials and supplies for use in the construc-tion until the dwelling is finished and occupied; or

Copyright, Insurance Services Office, Inc., 1990

c. From that part of a "residence premises" rented by an "insured" to other than an "insured."

This peril does not include loss caused by theft that occurs off the "residence premises" of:

a. Property while at any other residence owned by, rented to, or occupied by an "insured," except while an "insured" is temporarily living there. Property of a student who is an "insured" is covered while at a residence away from home if the student has been there at any time during the 45 days immediately before the loss;

b. Watercraft, and their furnishings, equipment and outboard engines or motors; or

c. Trailers and campers.

10. **Falling objects.**

This peril does not include loss to property contained in a building unless the roof or an outside wall of the building is first damaged by a falling object. Damage to the falling object itself is not included.

11. **Weight of ice, snow or sleet** which causes damage to property contained in a building.

12. **Accidental discharge or overflow of water or steam** from within a plumbing, heating, air conditioning or automatic fire protective sprinkler system or from within a household appliance.

This peril does not include loss:

a. To the system or appliance from which the water or steam escaped;

b. Caused by or resulting from freezing except as provided in the peril of freezing below; or

c. On the "residence premises" caused by accidental discharge or overflow which occurs off the "residence premises."

In this peril, a plumbing system does not include a sump, sump pump or related equipment.

13. **Sudden and accidental tearing apart, cracking, burning or bulging** of a steam or hot water heating system, an air conditioning or automatic fire protective sprinkler system, or an appliance for heating water.

We do not cover loss caused by or resulting from freezing under this peril.

14. **Freezing** of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance.

This peril does not include loss on the "residence premises" while the dwelling is unoccupied, unless you have used reasonable care to:

a. Maintain heat in the building; or

b. Shut off the water supply and drain the system and appliances of water.

15. **Sudden and accidental damage from artificially generated electrical current.**

This peril does not include loss to a tube, transistor or similar electronic component.

16. **Volcanic eruption** other than loss caused by earthquake, land shock waves or tremors.

---

## SECTION I – EXCLUSIONS

1. We do not insure for loss caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss.

a. **Ordinance or Law,** meaning enforcement of any ordinance or law regulating the construction, repair, or demolition of a building or other structure, unless specifically provided under this policy.

b. **Earth Movement,** meaning earthquake including land shock waves or tremors before, during or after a volcanic eruption; landslide; mine subsidence; mudflow; earth sinking, rising or shifting; unless direct loss by:

(1) Fire;

(2) Explosion; or

(3) Breakage of glass or safety glazing material which is part of a building, storm door or storm window;

ensues and then we will pay only for the ensuing loss.

This exclusion does not apply to loss by theft.

c. **Water Damage,** meaning:

(1) Flood, surface water, waves, tidal water, overflow of a body of water, or spray from any of these, whether or not driven by wind;

(2) Water which backs up through sewers or drains or which overflows from a sump; or

Copyright, Insurance Services Office, Inc., 1990

(3) Water below the surface of the ground, including water which exerts pressure on or seeps or leaks through a building, sidewalk, driveway, foundation, swimming pool or other structure.

Direct loss by fire, explosion or theft resulting from water damage is covered.

d. **Power Failure,** meaning the failure of power or other utility service if the failure takes place off the "residence premises." But, if a Peril Insured Against ensues on the "residence premises," we will pay only for that ensuing loss.

e. **Neglect,** meaning neglect of the "insured" to use all reasonable means to save and preserve property at and after the time of a loss.

f. **War,** including the following and any consequence of any of the following:

(1) Undeclared war, civil war, insurrection, rebellion or revolution;

(2) Warlike act by a military force or military personnel; or

(3) Destruction, seizure or use for a military purpose.

Discharge of a nuclear weapon will be deemed a warlike act even if accidental.

g. **Nuclear Hazard,** to the extent set forth in the Nuclear Hazard Clause of SECTION I – CONDITIONS.

h. **Intentional Loss,** meaning any loss arising out of any act committed:

(1) By or at the direction of an "insured"; and

(2) With the intent to cause a loss.

2. We do not insure for loss to property described in Coverages A and B caused by any of the following. However, any ensuing loss to property described in Coverages A and B not excluded or excepted in this policy is covered.

a. **Weather conditions.** However, this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph **1.** above to produce the loss;

b. **Acts or decisions,** including the failure to act or decide, of any person, group, organization or governmental body;

c. **Faulty, inadequate or defective:**

(1) Planning, zoning, development, surveying, siting;

(2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

(3) Materials used in repair, construction, renovation or remodeling; or

(4) Maintenance;

of part or all of any property whether on or off the "residence premises."

## SECTION I – CONDITIONS

1. **Insurable Interest and Limit of Liability.** Even if more than one person has an insurable interest in the property covered, we will not be liable in any one loss:

a. To the "insured" for more than the amount of the "insured's" interest at the time of loss; or

b. For more than the applicable limit of liability.

2. **Your Duties After Loss.** In case of a loss to covered property, you must see that the following are done:

a. Give prompt notice to us or our agent;

b. Notify the police in case of loss by theft;

c. Notify the credit card or fund transfer card company in case of loss under Credit Card or Fund Transfer Card coverage;

d. Protect the property from further damage. If repairs to the property are required, you must:

(1) Make reasonable and necessary repairs to protect the property; and

(2) Keep an accurate record of repair expenses;

e. Prepare an inventory of damaged personal property showing the quantity, description, actual cash value and amount of loss. Attach all bills, receipts and related documents that justify the figures in the inventory;

f. As often as we reasonably require:

(1) Show the damaged property;

(2) Provide us with records and documents we request and permit us to make copies; and

(3) Submit to examination under oath, while not in the presence of any other "insured," and sign the same;

Copyright, Insurance Services Office, Inc., 1990

g. Send to us, within 60 days after our request, your signed, sworn proof of loss which sets forth, to the best of your knowledge and belief:

(1) The time and cause of loss;

(2) The interest of the "insured" and all others in the property involved and all liens on the property;

(3) Other insurance which may cover the loss;

(4) Changes in title or occupancy of the property during the term of the policy;

(5) Specifications of damaged buildings and detailed repair estimates;

(6) The inventory of damaged personal property described in 2.e. above;

(7) Receipts for additional living expenses incurred and records that support the fair rental value loss; and

(8) Evidence or affidavit that supports a claim under the Credit Card, Fund Transfer Card, Forgery and Counterfeit Money coverage, stating the amount and cause of loss.

3. **Loss Settlement.** Covered property losses are settled as follows:

a. Property of the following types:

(1) Personal property;

(2) Awnings, carpeting, household appliances, outdoor antennas and outdoor equipment, whether or not attached to buildings; and

(3) Structures that are not buildings;

at actual cash value at the time of loss but not more than the amount required to repair or replace.

b. Buildings under Coverage A or B at replacement cost without deduction for depreciation, subject to the following:

(1) If, at the time of loss, the amount of insurance in this policy on the damaged building is 80% or more of the full replacement cost of the building immediately before the loss, we will pay the cost to repair or replace, after application of deductible and without deduction for depreciation, but not more than the least of the following amounts:

(a) The limit of liability under this policy that applies to the building;

(b) The replacement cost of that part of the building damaged for like construction and use on the same premises; or

(c) The necessary amount actually spent to repair or replace the damaged building.

(2) If, at the time of loss, the amount of insurance in this policy on the damaged building is less than 80% of the full replacement cost of the building immediately before the loss, we will pay the greater of the following amounts, but not more than the limit of liability under this policy that applies to the building:

(a) The actual cash value of that part of the building damaged; or

(b) That proportion of the cost to repair or replace, after application of deductible and without deduction for depreciation, that part of the building damaged, which the total amount of insurance in this policy on the damaged building bears to 80% of the replacement cost of the building.

(3) To determine the amount of insurance required to equal 80% of the full replacement cost of the building immediately before the loss, do not include the value of:

(a) Excavations, foundations, piers or any supports which are below the undersurface of the lowest basement floor;

(b) Those supports in (a) above which are below the surface of the ground inside the foundation walls, if there is no basement; and

(c) Underground flues, pipes, wiring and drains.

(4) We will pay no more than the actual cash value of the damage until actual repair or replacement is complete. Once actual repair or replacement is complete, we will settle the loss according to the provisions of b.(1) and b.(2) above.

However, if the cost to repair or replace the damage is both:

(a) Less than 5% of the amount of insurance in this policy on the building; and

(b) Less than $2500;

we will settle the loss according to the provisions of b.(1) and b.(2) above whether or not actual repair or replacement is complete.

Copyright, Insurance Services Office, Inc., 1990
HO 00 03 04 91

(5) You may disregard the replacement cost loss settlement provisions and make claim under this policy for loss or damage to buildings on an actual cash value basis. You may then make claim within 180 days after loss for any additional liability according to the provisions of this Condition **3. Loss Settlement**.

**4. Loss to a Pair or Set.** In case of loss to a pair or set we may elect to:

**a.** Repair or replace any part to restore the pair or set to its value before the loss; or

**b.** Pay the difference between actual cash value of the property before and after the loss.

**5. Glass Replacement.** Loss for damage to glass caused by a Peril Insured Against will be settled on the basis of replacement with safety glazing materials when required by ordinance or law.

**6. Appraisal.** If you and we fail to agree on the amount of loss, either may demand an appraisal of the loss. In this event, each party will choose a competent appraiser within 20 days after receiving a written request from the other. The two appraisers will choose an umpire. If they cannot agree upon an umpire within 15 days, you or we may request that the choice be made by a judge of a court of record in the state where the "residence premises" is located. The appraisers will separately set the amount of loss. If the appraisers submit a written report of an agreement to us, the amount agreed upon will be the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will set the amount of loss.

Each party will:

**a.** Pay its own appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

**7. Other Insurance.** If a loss covered by this policy is also covered by other insurance, we will pay only the proportion of the loss that the limit of liability that applies under this policy bears to the total amount of insurance covering the loss.

**8. Suit Against Us.** No action can be brought unless the policy provisions have been complied with and the action is started within one year after the date of loss.

**9. Our Option.** If we give you written notice within 30 days after we receive your signed, sworn proof of loss, we may repair or replace any part of the damaged property with like property.

**10. Loss Payment.** We will adjust all losses with you. We will pay you unless some other person is named in the policy or is legally entitled to receive payment. Loss will be payable 60 days after we receive your proof of loss and:

**a.** Reach an agreement with you;

**b.** There is an entry of a final judgment; or

**c.** There is a filing of an appraisal award with us.

**11. Abandonment of Property.** We need not accept any property abandoned by an "insured."

**12. Mortgage Clause.**

The word "mortgagee" includes trustee.

If a mortgagee is named in this policy, any loss payable under Coverage A or B will be paid to the mortgagee and you, as interests appear. If more than one mortgagee is named, the order of payment will be the same as the order of precedence of the mortgages.

If we deny your claim, that denial will not apply to a valid claim of the mortgagee, if the mortgagee:

**a.** Notifies us of any change in ownership, occupancy or substantial change in risk of which the mortgagee is aware;

**b.** Pays any premium due under this policy on demand if you have neglected to pay the premium; and

**c.** Submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so. Policy conditions relating to Appraisal, Suit Against Us and Loss Payment apply to the mortgagee.

If we decide to cancel or not to renew this policy, the mortgagee will be notified at least 10 days before the date cancellation or nonrenewal takes effect.

If we pay the mortgagee for any loss and deny payment to you:

**a.** We are subrogated to all the rights of the mortgagee granted under the mortgage on the property; or

**b.** At our option, we may pay to the mortgagee the whole principal on the mortgage plus any accrued interest. In this event, we will receive a full assignment and transfer of the mortgage and all securities held as collateral to the mortgage debt.

Subrogation will not impair the right of the mortgagee to recover the full amount of the mortgagee's claim.

 Copyright, Insurance Services Office, Inc., 1990

13. **No Benefit to Bailee.** We will not recognize any assignment or grant any coverage that benefits a person or organization holding, storing or moving property for a fee regardless of any other provision of this policy.

14. **Nuclear Hazard Clause.**

   a. "Nuclear Hazard" means any nuclear reaction, radiation, or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these.

   b. Loss caused by the nuclear hazard will not be considered loss caused by fire, explosion, or smoke, whether these perils are specifically named in or otherwise included within the Perils Insured Against in Section I.

   c. This policy does not apply under Section I to loss caused directly or indirectly by nuclear hazard, except that direct loss by fire resulting from the nuclear hazard is covered.

15. **Recovered Property.** If you or we recover any property for which we have made payment under this policy, you or we will notify the other of the recovery. At your option, the property will be returned to or retained by you or it will become our property. If the recovered property is returned to or retained by you, the loss payment will be adjusted based on the amount you received for the recovered property.

16. **Volcanic Eruption Period.** One or more volcanic eruptions that occur within a 72-hour period will be considered as one volcanic eruption.

---

## SECTION II – LIABILITY COVERAGES

**COVERAGE E – Personal Liability**

If a claim is made or a suit is brought against an "insured" for damages because of "bodily injury" or "property damage" caused by an "occurrence" to which this coverage applies, we will:

1. Pay up to our limit of liability for the damages for which the "insured" is legally liable. Damages include prejudgment interest awarded against the "insured"; and

2. Provide a defense at our expense by counsel of our choice, even if the suit is groundless, false or fraudulent. We may investigate and settle any claim or suit that we decide is appropriate. Our duty to settle or defend ends when the amount we pay for damages resulting from the "occurrence" equals our limit of liability.

**COVERAGE F – Medical Payments To Others**

We will pay the necessary medical expenses that are incurred or medically ascertained within three years from the date of an accident causing "bodily injury." Medical expenses means reasonable charges for medical, surgical, x-ray, dental, ambulance, hospital, professional nursing, prosthetic devices and funeral services. This coverage does not apply to you or regular residents of your household except "residence employees." As to others, this coverage applies only:

1. To a person on the "insured location" with the permission of an "insured"; or

2. To a person off the "insured location," if the "bodily injury":

   a. Arises out of a condition on the "insured location" or the ways immediately adjoining;

   b. Is caused by the activities of an "insured";

   c. Is caused by a "residence employee" in the course of the "residence employee's" employment by an "insured"; or

   d. Is caused by an animal owned by or in the care of an "insured."

---

## SECTION II – EXCLUSIONS

1. **Coverage E – Personal Liability and Coverage F – Medical Payments to Others** do not apply to "bodily injury" or "property damage":

   a. Which is expected or intended by the "insured";

   b. Arising out of or in connection with a "business" engaged in by an "insured." This exclusion applies but is not limited to an act or omission, regardless of its nature or circumstance, involving a service or duty rendered, promised, owed, or implied to be provided because of the nature of the "business";

---

   Copyright, Insurance Services Office, Inc., 1990   HO 00 03 04 91

c. Arising out of the rental or holding for rental of any part of any premises by an "insured." This exclusion does not apply to the rental or holding for rental of an "insured location":

(1) On an occasional basis if used only as a residence;

(2) In part for use only as a residence, unless a single family unit is intended for use by the occupying family to lodge more than two roomers or boarders; or

(3) In part, as an office, school, studio or private garage;

d. Arising out of the rendering of or failure to render professional services;

e. Arising out of a premises:

(1) Owned by an "insured";

(2) Rented to an "insured"; or

(3) Rented to others by an "insured";

that is not an "insured location";

f. Arising out of:

(1) The ownership, maintenance, use, loading or unloading of motor vehicles or all other motorized land conveyances, including trailers, owned or operated by or rented or loaned to an "insured";

(2) The entrustment by an "insured" of a motor vehicle or any other motorized land conveyance to any person; or

(3) Vicarious liability, whether or not statutorily imposed, for the actions of a child or minor using a conveyance excluded in paragraph (1) or (2) above.

This exclusion does not apply to:

(1) A trailer not towed by or carried on a motorized land conveyance.

(2) A motorized land conveyance designed for recreational use off public roads, not subject to motor vehicle registration and:

(a) Not owned by an "insured"; or

(b) Owned by an "insured" and on an "insured location";

(3) A motorized golf cart when used to play golf on a golf course;

(4) A vehicle or conveyance not subject to motor vehicle registration which is:

(a) Used to service an "insured's" residence;

(b) Designed for assisting the handicapped; or

(c) In dead storage on an "insured location";

g. Arising out of:

(1) The ownership, maintenance, use, loading or unloading of an excluded watercraft described below;

(2) The entrustment by an "insured" of an excluded watercraft described below to any person; or

(3) Vicarious liability, whether or not statutorily imposed, for the actions of a child or minor using an excluded watercraft described below.

Excluded watercraft are those that are principally designed to be propelled by engine power or electric motor, or are sailing vessels, whether owned by or rented to an "insured." This exclusion does not apply to watercraft:

(1) That are not sailing vessels and are powered by:

(a) Inboard or inboard-outdrive engine or motor power of 50 horsepower or less not owned by an "insured";

(b) Inboard or inboard-outdrive engine or motor power of more than 50 horsepower not owned by or rented to an "insured";

(c) One or more outboard engines or motors with 25 total horsepower or less;

(d) One or more outboard engines or motors with more than 25 total horsepower if the outboard engine or motor is not owned by an "insured";

(e) Outboard engines or motors of more than 25 total horsepower owned by an "insured" if:

(i) You acquire them prior to the policy period; and

(a) You declare them at policy inception; or

(b) Your intention to insure is reported to us in writing within 45 days after you acquire the outboard engines or motors.

(ii) You acquire them during the policy period.

This coverage applies for the policy period.

(2) That are sailing vessels, with or without auxiliary power:

(a) Less than 26 feet in overall length;

(b) 26 feet or more in overall length, not owned by or rented to an "insured."

         Copyright, Insurance Services Office, Inc., 1990

(3) That are stored;

h. Arising out of:

(1) The ownership, maintenance, use, loading or unloading of an aircraft;

(2) The entrustment by an "insured" of an aircraft to any person; or

(3) Vicarious liability, whether or not statutorily imposed, for the actions of a child or minor using an aircraft.

An aircraft means any contrivance used or designed for flight, except model or hobby aircraft not used or designed to carry people or cargo;

i. Caused directly or indirectly by war, including the following and any consequence of any of the following:

(1) Undeclared war, civil war, insurrection, rebellion or revolution;

(2) Warlike act by a military force or military personnel; or

(3) Destruction, seizure or use for a military purpose.

Discharge of a nuclear weapon will be deemed a warlike act even if accidental;

j. Which arises out of the transmission of a communicable disease by an "insured";

k. Arising out of sexual molestation, corporal punishment or physical or mental abuse; or

l. Arising out of the use, sale, manufacture, delivery, transfer or possession by any person of a Controlled Substance(s) as defined by the Federal Food and Drug Law at 21 U.S.C.A. Sections 811 and 812. Controlled Substances include but are not limited to cocaine, LSD, marijuana and all narcotic drugs. However, this exclusion does not apply to the legitimate use of prescription drugs by a person following the orders of a licensed physician.

Exclusions e., f., g., and h. do not apply to "bodily injury" to a "residence employee" arising out of and in the course of the "residence employee's" employment by an "insured."

2. **Coverage E – Personal Liability**, does not apply to:

a. Liability:

(1) For any loss assessment charged against you as a member of an association, corporation or community of property owners;

(2) Under any contract or agreement. However, this exclusion does not apply to written contracts:

(a) That directly relate to the ownership, maintenance or use of an "insured location"; or

(b) Where the liability of others is assumed by the "insured" prior to an "occurrence";

unless excluded in (1) above or elsewhere in this policy;

b. "Property damage" to property owned by the "insured";

c. "Property damage" to property rented to, occupied or used by or in the care of the "insured." This exclusion does not apply to "property damage" caused by fire, smoke or explosion;

d. "Bodily injury" to any person eligible to receive any benefits:

(1) Voluntarily provided; or

(2) Required to be provided;

by the "insured" under any:

(1) Workers' compensation law;

(2) Non-occupational disability law; or

(3) Occupational disease law;

e. "Bodily injury" or "property damage" for which an "insured" under this policy:

(1) Is also an insured under a nuclear energy liability policy; or

(2) Would be an insured under that policy but for the exhaustion of its limit of liability.

A nuclear energy liability policy is one issued by:

(1) American Nuclear Insurers;

(2) Mutual Atomic Energy Liability Underwriters;

(3) Nuclear Insurance Association of Canada;

or any of their successors; or

f. "Bodily injury" to you or an "insured" within the meaning of part a. or b. of "insured" as defined.

3. **Coverage F – Medical Payments to Others**, does not apply to "bodily injury":

a. To a "residence employee" if the "bodily injury":

(1) Occurs off the "insured location"; and

(2) Does not arise out of or in the course of the "residence employee's" employment by an "insured";

b. To any person eligible to receive benefits:

(1) Voluntarily provided; or

(2) Required to be provided;

under any:

(1) Workers' compensation law;

(2) Non-occupational disability law; or

(3) Occupational disease law;

c. From any:

(1) Nuclear reaction;

(2) Nuclear radiation; or

(3) Radioactive contamination;

all whether controlled or uncontrolled or how-ever caused; or

(4) Any consequence of any of these; or

d. To any person, other than a "residence em-ployee" of an "insured," regularly residing on any part of the "insured location."

## SECTION II – ADDITIONAL COVERAGES

We cover the following in addition to the limits of liabil-ity:

1. **Claim Expenses.** We pay:

   a. Expenses we incur and costs taxed against an "insured" in any suit we defend;

   b. Premiums on bonds required in a suit we de-fend, but not for bond amounts more than the limit of liability for Coverage E. We need not apply for or furnish any bond;

   c. Reasonable expenses incurred by an "insured" at our request, including actual loss of earnings (but not loss of other income) up to $50 per day, for assisting us in the investigation or de-fense of a claim or suit; and

   d. Interest on the entire judgment which accrues after entry of the judgment and before we pay or tender, or deposit in court that part of the judgment which does not exceed the limit of li-ability that applies.

2. **First Aid Expenses.** We will pay expenses for first aid to others incurred by an "insured" for "bodily in-jury" covered under this policy. We will not pay for first aid to you or any other "insured."

3. **Damage to Property of Others.** We will pay, at replacement cost, up to $500 per "occurrence" for "property damage" to property of others caused by an "insured."

   We will not pay for "property damage":

   a. To the extent of any amount recoverable under Section I of this policy;

   b. Caused intentionally by an "insured" who is 13 years of age or older;

   c. To property owned by an "insured";

   d. To property owned by or rented to a tenant of an "insured" or a resident in your household; or

e. Arising out of:

   (1) A "business" engaged in by an "insured";

   (2) Any act or omission in connection with a premises owned, rented or controlled by an "insured," other than the "insured location"; or

   (3) The ownership, maintenance, or use of aircraft, watercraft or motor vehicles or all other motorized land conveyances.

   This exclusion does not apply to a motor-ized land conveyance designed for recrea-tional use off public roads, not subject to motor vehicle registration and not owned by an "insured."

4. **Loss Assessment.** We will pay up to $1000 for your share of loss assessment charged during the policy period against you by a corporation or asso-ciation of property owners, when the assessment is made as a result of:

   a. "Bodily injury" or "property damage" not exclud-ed under Section II of this policy; or

   b. Liability for an act of a director, officer or trus-tee in the capacity as a director, officer or trus-tee, provided:

      (1) The director, officer or trustee is elected by the members of a corporation or association of property owners; and

      (2) The director, officer or trustee serves with-out deriving any income from the exercise of duties which are solely on behalf of a corporation or association of property own-ers.

   This coverage applies only to loss assessments charged against you as owner or tenant of the "residence premises."

We do not cover loss assessments charged against you or a corporation or association of property owners by any governmental body.

Regardless of the number of assessments, the limit of $1000 is the most we will pay for loss arising out of:

a. One accident, including continuous or repeated exposure to substantially the same general harmful condition; or

b. A covered act of a director, officer or trustee. An act involving more than one director, officer or trustee is considered to be a single act.

The following do not apply to this coverage:

1. Section II – Coverage E – Personal Liability Exclusion 2.a.(1);

2. Condition 1. Policy Period, under SECTIONS I AND II – CONDITIONS.

## SECTION II – CONDITIONS

1. **Limit of Liability.** Our total liability under Coverage E for all damages resulting from any one "occurrence" will not be more than the limit of liability for Coverage E as shown in the Declarations. This limit is the same regardless of the number of "insureds," claims made or persons injured. All "bodily injury" and "property damage" resulting from any one accident or from continuous or repeated exposure to substantially the same general harmful conditions shall be considered to be the result of one "occurrence."

Our total liability under Coverage F for all medical expense payable for "bodily injury" to one person as the result of one accident will not be more than the limit of liability for Coverage F as shown in the Declarations.

2. **Severability of Insurance.** This insurance applies separately to each "insured." This condition will not increase our limit of liability for any one "occurrence."

3. **Duties After Loss.** In case of an accident or "occurrence," the "insured" will perform the following duties that apply. You will help us by seeing that these duties are performed:

a. Give written notice to us or our agent as soon as is practical, which sets forth:

(1) The identity of the policy and "insured";

(2) Reasonably available information on the time, place and circumstances of the accident or "occurrence"; and

(3) Names and addresses of any claimants and witnesses;

b. Promptly forward to us every notice, demand, summons or other process relating to the accident or "occurrence";

c. At our request, help us:

(1) To make settlement;

(2) To enforce any right of contribution or indemnity against any person or organization who may be liable to an "insured";

(3) With the conduct of suits and attend hearings and trials; and

(4) To secure and give evidence and obtain the attendance of witnesses;

d. Under the coverage – Damage to Property of Others – submit to us within 60 days after the loss, a sworn statement of loss and show the damaged property, if in the "insured's" control;

e. The "insured" will not, except at the "insured's" own cost, voluntarily make payment, assume obligation or incur expense other than for first aid to others at the time of the "bodily injury."

4. **Duties of an Injured Person – Coverage F – Medical Payments to Others.**

The injured person or someone acting for the injured person will:

a. Give us written proof of claim, under oath if required, as soon as is practical; and

b. Authorize us to obtain copies of medical reports and records.

The injured person will submit to a physical exam by a doctor of our choice when and as often as we reasonably require.

5. **Payment of Claim – Coverage F – Medical Payments to Others.** Payment under this coverage is not an admission of liability by an "insured" or us.

    Copyright, Insurance Services Office, Inc., 1990    HO 00 03 04 91

6. **Suit Against Us.** No action can be brought against us unless there has been compliance with the policy provisions.

No one will have the right to join us as a party to any action against an "insured." Also, no action with respect to Coverage E can be brought against us until the obligation of the "insured" has been determined by final judgment or agreement signed by us.

7. **Bankruptcy of an Insured.** Bankruptcy or insolvency of an "insured" will not relieve us of our obligations under this policy.

8. **Other Insurance – Coverage E – Personal Liability.** This insurance is excess over other valid and collectible insurance except insurance written specifically to cover as excess over the limits of liability that apply in this policy.

---

## SECTIONS I AND II – CONDITIONS

1. **Policy Period.** This policy applies only to loss in Section I or "bodily injury" or "property damage" in Section II, which occurs during the policy period.

2. **Concealment or Fraud.** The entire policy will be void if, whether before or after a loss, an "insured" has:

   a. Intentionally concealed or misrepresented any material fact or circumstance;

   b. Engaged in fraudulent conduct; or

   c. Made false statements;

   relating to this insurance.

3. **Liberalization Clause.** If we make a change which broadens coverage under this edition of our policy without additional premium charge, that change will automatically apply to your insurance as of the date we implement the change in your state, provided that this implementation date falls within 60 days prior to or during the policy period stated in the Declarations.

   This Liberalization Clause does not apply to changes implemented through introduction of a subsequent edition of our policy.

4. **Waiver or Change of Policy Provisions.**

   A waiver or change of a provision of this policy must be in writing by us to be valid. Our request for an appraisal or examination will not waive any of our rights.

5. **Cancellation.**

   a. You may cancel this policy at any time by returning it to us or by letting us know in writing of the date cancellation is to take effect.

   b. We may cancel this policy only for the reasons stated below by letting you know in writing of the date cancellation takes effect. This cancellation notice may be delivered to you, or mailed to you at your mailing address shown in the Declarations.

      Proof of mailing will be sufficient proof of notice.

   (1) When you have not paid the premium, we may cancel at any time by letting you know at least 10 days before the date cancellation takes effect.

   (2) When this policy has been in effect for less than 60 days and is not a renewal with us, we may cancel for any reason by letting you know at least 10 days before the date cancellation takes effect.

   (3) When this policy has been in effect for 60 days or more, or at any time if it is a renewal with us, we may cancel:

      (a) If there has been a material misrepresentation of fact which if known to us would have caused us not to issue the policy; or

      (b) If the risk has changed substantially since the policy was issued.

      This can be done by letting you know at least 30 days before the date cancellation takes effect.

   (4) When this policy is written for a period of more than one year, we may cancel for any reason at anniversary by letting you know at least 30 days before the date cancellation takes effect.

   c. When this policy is cancelled, the premium for the period from the date of cancellation to the expiration date will be refunded pro rata.

   d. If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will refund it within a reasonable time after the date cancellation takes effect.

6. **Nonrenewal.** We may elect not to renew this policy. We may do so by delivering to you, or mailing to you at your mailing address shown in the Declarations, written notice at least 30 days before the expiration date of this policy. Proof of mailing will be sufficient proof of notice.

7. **Assignment.** Assignment of this policy will not be valid unless we give our written consent.

---

 Copyright, Insurance Services Office, Inc., 1990

8. **Subrogation.** An "insured" may waive in writing before a loss all rights of recovery against any person. If not waived, we may require an assignment of rights of recovery for a loss to the extent that payment is made by us:

If an assignment is sought, an "insured" must sign and deliver all related papers and cooperate with us.

Subrogation does not apply under Section II to Medical Payments to Others or Damage to Property of Others.

9. **Death.** If any person named in the Declarations or the spouse, if a resident of the same household, dies:

a. We insure the legal representative of the deceased but only with respect to the premises and property of the deceased covered under the policy at the time of death;

b. "Insured" includes:

(1) Any member of your household who is an "insured" at the time of your death, but only while a resident of the "residence premises"; and

(2) With respect to your property, the person having proper temporary custody of the property until appointment and qualification of a legal representative.

Copyright, Insurance Services Office, Inc., 1990

HO 00 03 04 91

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## SPECIAL PROVISIONS -- ARKANSAS

### SECTION I - PROPERTY COVERAGES
### COVERAGE C - PERSONAL PROPERTY
### SPECIAL LIMITS OF LIABILITY

Items 10. and 11. are deleted and replaced by the following (These are Items 7. and 8. in Form HO 00 08):

10. $1,000 for loss to electronic apparatus, while in or upon a motor vehicle or other motorized land conveyance, if the electronic apparatus is equipped to be operated by power from the electrical system of the vehicle or conveyance while retaining its capability of being operated by other sources of power. Electronic appara- tus includes:

    a. Accessories and antennas; or

    b. Tapes, wires, records, discs or other media;

    for use with any electronic apparatus described in this Item 10.

11. $1,000 for loss to electronic apparatus, while not in or upon a motor vehicle or other mo- torized land conveyance, if the electronic apparatus:

    a. Is equipped to be operated by power from the electrical system of the vehicle or con- veyance while retaining its capability of being operated by other sources of power;

    b. Is away from the "residence premises"; and

    c. Is used at any time or in any manner for any "business" purpose.

    Electronic apparatus includes:

    a. Accessories and antennas; or

    b. Tapes, wires, records, discs or other media;

    for use with any electronic apparatus described in this Item 11.

### PROPERTY NOT COVERED

Item 3.b. is deleted and replaced by the following:

3. Motor vehicles or all other motorized land con- veyances. This includes:

    b. Electronic apparatus that is designed to be operated solely by use of the power from the electrical system of motor vehicles or all other motorized land conveyances. Elec- tronic apparatus includes:

        (1) Accessories or antennas; or

        (2) Tapes, wires, records, discs or other media;

        for use with any electronic apparatus de- scribed in this Item 3.b.

The exclusion of property described in 3.a. and 3.b. above applies only while the property is in or upon the vehicle or con- veyance.

We do cover vehicles or conveyances not subject to motor vehicle registration which are:

a. Used to service an "insured's" residence; or

b. Designed for assisting the handicapped;

### COVERAGE D - LOSS OF USE

For all forms other than HO 00 04 and HO 00 06, Item 1. is deleted and replaced by the following:

1. If a loss covered under this Section makes that part of the "residence premises" where you reside not fit to live in, we cover the Additional Living Expense, meaning any necessary in- crease in living expenses incurred by you so that your household can maintain its normal standard of living.

    Payment will be for the shortest time required to repair or replace the damage or, if you per- manently relocate, the shortest time required for your household to settle elsewhere.

For Forms HO 00 04 and HO 00 06, Item 1. is deleted and replaced by the following:

1. If a loss by a Peril Insured Against under this policy to covered property or the building containing the property makes the "residence premises" not fit to live in, we cover the Ad- ditional Living Expense, meaning any necessary increase in living expenses incurred by you so that your household can maintain its normal standard of living.

    Payment will be for the shortest time required to repair or replace the damage or, if you per- manently relocate, the shortest time required for your household to settle elsewhere.

### ADDITIONAL COVERAGES

9. **Glass or Safety Glazing Material** is deleted and replaced by the following:

9. **Glass Or Safety Glazing Material**

    a. We cover:

        (1) For all forms other than HO 00 04 and HO 00 06, the breakage of glass or safety glazing material which is part of a covered building, storm door or storm window, and for:

Includes copyrighted material of
Insurance Services Office, Inc., with its permission.

(a) Form HO 00 04, the breakage of glass or safety glazing material which is part of a building, storm door or storm window, and covered as Build- ing Additions And Alterations; and

(b) Form HO 00 06, the breakage of glass or safety glazing material which is part of a building, storm door or storm window, and covered under Coverage A; and

(2) For all forms other than HO 00 04 and HO 00 06, the breakage, caused di- rectly by Earth Movement, of glass or safety glazing material which is part of a covered building, storm door or storm window, and for:

(a) Form HO 00 04, the breakage, caused directly by Earth Movement, of glass or safety glazing material which is part of a building, storm door or storm window, and covered as Building Additions And Altera- tions; and

(b) Form HO 00 06, the breakage, caused directly by Earth Movement, of glass or safety glazing material which is part of a building, storm door or storm window, and covered under Coverage A; and

(3) The direct physical loss to covered property caused solely by the pieces, fragments or splinters of broken glass or safety glazing material which is part of a building, storm door or storm window.

b. This coverage does not include loss:

(1) To covered property which results be- cause the glass or safety glazing ma- terial has been broken, except as pro- vided in a.(3) above; or

(2) On the "residence premises" if the dwell- ing has been vacant for more than 30 consecutive days immediately before the loss, except when the breakage results directly from Earth Movement as pro- vided for in a.(2) above. A dwelling being constructed is not considered vacant.

Loss to glass covered under this Additional Coverage 9. will be settled on the basis of re- placement with safety glazing materials when required by ordinance or law.

For Forms HO 00 01 and HO 00 08, we will pay up to $100 for loss under this coverage.

This coverage does not increase the limit of liability that applies to the damaged property.

(This is Additional Coverage 8. in Forms HO 00 01 and HO 00 08.)

The following Additional Coverage is added to all forms except HO 00 08. With respect to Form HO 00 04, the words 'covered building' used below, refer to property covered under Additional Coverage 10. Building Additions And Alterations.

**11. Ordinance Or Law**

a. You may use up to 10% of the limit of liability that applies to Coverage A (or for Form HO 00 04, you may use up to 10% of the limit of liability that applies to Building Additions And Alterations) for the increased costs you incur due to the enforcement of any ordinance or law which requires or regulates:

(1) The construction, demolition, remodel- ing, renovation or repair of that part of a covered building or other structure dam- aged by a Peril Insured Against;

(2) The demolition and reconstruction of the undamaged part of a covered building or other structure, when that building or other structure must be totally demol- ished because of damage by a Peril Insured Against to another part of that covered building or other structure; or

(3) The remodeling, removal or replacement of the portion of the undamaged part of a covered building or other structure necessary to complete the remodeling, repair or replacement of that part of a covered building or other structure dam- aged by a Peril Insured Against.

b. You may use all or part of this ordinance or law coverage to pay for the increased costs you incur to remove debris resulting from the construction, demolition, remodeling, renovation, repair or replacement of property as stated in a. above.

c. We do not cover:

(1) The loss in value to any covered building or other structure due to the require- ments of any ordinance or law; or

(2) The costs to comply with any ordi- nance or law which requires any "in- sured" or others to test for, monitor, clean up, remove, contain, treat, de- toxify or neutralize, or in any way respond to, or assess the effects of, pollutants on any covered building or other structure.

Pollutants means any solid, liquid, gas- eous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be re- cycled, reconditioned or reclaimed.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

This coverage is additional insurance.

(This is Additional Coverage 10. in Forms   HO 00 01 and HO 00 06.)

SECTION I - PERILS INSURED AGAINST

ALL FORMS EXCEPT HO 00 03

The following paragraph is added to **12. Accidental discharge or overflow of water or steam:**

Section I - Exclusion **3.** Water Damage, Paragraphs **a.** and **c.** that apply to surface water and water below the surface of the ground do not apply to loss by water covered under this peril.

FORM HO 00 03

Under **Coverage A - Dwelling** and **Coverage B - Other Structures**, the last paragraph of **2.e.** is deleted and replaced by the following:

Unless the loss is otherwise excluded, we cover loss to property covered under Coverage A or B resulting from an accidental discharge or overflow of water or steam from within a:

(1) Storm drain, or water, steam or sewer pipe, off the "residence premises"; or

(2) Plumbing, heating, air conditioning or automatic fire protective sprinkler system or household appliance on the "residence premises". This includes the cost to tear out and replace any part of a building necessary to repair the system or appliance.

We do not cover loss to the system or appliance from which this water escaped.

Section I - Exclusion **1.c.** Water Damage, Paragraphs **(1)** and **(3)** that apply to surface water and water below the surface of the ground do not apply to loss by water covered under this peril.

FORM HO 00 03

Under **Coverage C - Personal Property**, the following paragraph is added to **12. Accidental discharge or overflow of water or steam:**

Section I - Exclusion **1.c.** Water Damage, Paragraphs **(1)** and **(3)** that apply to surface water and water below the surface of the ground do not apply to loss by water covered under this peril.

SECTION I - EXCLUSIONS

The lead-in paragraph to the **Section I - Exclusions** is deleted and replaced by the following:

We do not insure for loss caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss. These exclusions apply whether or not the loss event results in widespread damage or affects a substantial area.

(This is Paragraph **1.** in Form HO 00 03.)

1. **Ordinance or Law** is deleted and replaced by the following:

1. Ordinance Or Law, meaning any ordinance or law:

a. Requiring or regulating the construction, demolition, remodeling, renovation or repair of property, including removal of any resulting debris. This Exclusion **1.a.** in all forms other than HO 00 03, and **1.a.(1)** in Form HO 00 03, does not apply to the amount of coverage that may be provided for under Additional Coverages, Glass Or Safety Glazing Material or Ordinance Or Law;

b. The requirements of which result in a loss in value to property; or

c. Requiring any "insured" or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, pollutants.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

This exclusion applies whether or not the property has been physically damaged.

(This is Exclusion **1.a.** in Form HO 00 03.)

2. **Earth Movement** is deleted and replaced by the following:

2. Earth Movement, meaning earthquake, including land shock waves or tremors before, during or after a volcanic eruption; landslide; mine subsidence; mudflow; earth sinking, rising or shifting; unless direct loss by:

a. Fire; or

b. Explosion;

ensues and then we will pay only for the ensuing loss.

This exclusion does not apply to loss by theft.

(This is Exclusion **1.b** in Form HO 00 03.)

3. **Water Damage** is deleted and replaced by the following:

3. Water Damage, meaning:

a. Flood, surface water, waves, tidal water, overflow of a body of water, or spray from any of these, whether or not driven by wind;

b. Water which backs up through sewers or drains or which overflows from a sump; or

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

c. Water below the surface of the ground, including water which exerts pressure on or seeps or leaks through a building, sidewalk, driveway, foundation, swimming pool or other structure;

caused by or resulting from human or animal forces or any act of nature.

Direct loss by fire, explosion or theft resulting from water damage is covered.

(This is Exclusion 1.c. in Form HO 00 03.)

4. **Power Failure** is deleted and replaced by the following:

4. Power Failure, meaning the failure of power or other utility service if the failure takes place off the "residence premises". But if the failure of power or other utility service results in a loss, from a Peril Insured Against on the "residence premises", we will pay for the loss or damage caused by the Peril Insured Against.

(This is Exclusion 1.d. in Form HO 00 03.)

## SECTION I - CONDITIONS

3. **Loss Settlement**

Under Form HO 00 06, Item b.(2) is deleted and replaced by the following:

(2) If the damage is not repaired or re- placed within a reasonable time, at actual cash value but not more than the amount required to repair or replace.

Item 6. Appraisal is deleted and replaced by the following:

6. **Appraisal**

If you and we fail to agree on the amount of loss, an appraisal of the loss may take place. However, an appraisal will take place only if both you and we agree, voluntarily, to have the loss appraised. If so agreed, each party will choose a competent appraiser within 20 days after both parties agree. The two appraisers will choose an umpire. If they cannot agree upon an umpire within 15 days, you or we may request that the choice be made by a judge of a court of record in the state where the "residence premises" is located. The appraisers will sepa- rately state the amount of loss. If the appraisers submit a written report of an agreement to us, the amount agreed upon will be the amount of loss. If they fail to agree, they will submit their differences to the umpire. An appraisal decision will not be binding on either party.

Each party will:

a. Pay its own appraiser; and

b. Bear the other expenses of the appraisal and umpire equally.

Item 8. **Suit Against Us** is deleted and replaced by the following:

8. **Suit Against Us**

No action can be brought unless the policy provisions have been complied with and the action is started within five years after the date of loss.

12. Mortgage Clause is amended as follows:

The sentence "If we decide to cancel or not to renew this policy, the mortgagee will be notified at least 10 days before the date cancellation or nonrenewal takes effect", is deleted and re- placed by the following:

If we decide to cancel this policy, the mortgagee will be notified:

a. At least 10 days before the date can- cellation takes effect if:

(1) We cancel for nonpayment of premium, or

(2) The policy has been in effect for less than 60 days and is not a renewal with us; or

b. At least 20 days before the date cancellation takes effect in all other cases.

If we decide not to renew this policy, the mortgagee will be notified at least 30 days before the date nonrenewal takes effect.

The following Condition is added:

**Loss Payable Clause**

If the Declarations show a loss payee for certain listed insured personal property, the definition of "insured" is changed to include that loss payee with respect to that property.

If we decide to cancel this policy, that loss pay-ee will be notified in writing.

If we decide to not renew this policy, that loss payee will be notified in writing at least 30 days before the date nonrenewal takes effect.

## SECTION II - EXCLUSIONS

Under 1. Coverage E - Personal Liability and Coverage F - Medical Payments To Others:

Exclusion a. is deleted and replaced in all forms and Endorsement HO 24 73 by the following:

a. Which is expected or intended by one or more "insureds" even if the "bodily injury" or "property damage":

(1) Is of a different kind, quality or degree than expected or intended; or

(2) Is sustained by a different person or entity than expected or intended.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

However, this Exclusion **1.a.** does not apply to "bodily injury" resulting from the use of reasonable force by one or more "insureds" to protect persons or property.

## SECTION I AND II - CONDITIONS

**2. Concealment or Fraud** is deleted and replaced by the following:

**2. Concealment Or Fraud**

  **a.** Under Section I - Property Coverages, with respect to all "insureds" covered under this policy, we provide no coverage for loss under Section I - Property Coverages if, whether before or after a loss, one or more "insureds" have:

    **(1)** Intentionally concealed or misrepresented any material fact or circumstance;

    **(2)** Engaged in fraudulent conduct; or

    **(3)** Made false statements;

  relating to this insurance.

  **b.** Under Section II - Liability Coverages, we do not provide coverage to one or more "insureds" who, whether before or after a loss, have:

    **(1)** Intentionally concealed or misrepresented any material fact or circumstance;

    **(2)** Engaged in fraudulent conduct; or

    **(3)** Made false statements;

  relating to this insurance.

**5. Cancellation**

Paragraphs **b.(3)** and **b.(4)** are deleted and replaced by the following:

  **(3)** When this policy has been in effect for 60 days or more, or at any time if it is a renewal with us, we may cancel:

    **(a)** Upon discovery of fraud or material misrepresentation made by or with the knowledge of the named in- sured in obtaining or continuing the policy, or in presenting a claim under this policy;

    **(b)** Upon the occurrence of a material change in the risk which substantially increases any hazard insured against after insurance coverage has been issued;

    **(c)** If there is a violation of any local fire, health, safety, building or con- struction regulation or ordinance with respect to any insured property which substantially increases any hazard insured against;

    **(d)** For nonpayment of membership dues required by us as a condition of the issuance and maintenance of the policy; or

    **(e)** In the event of a material violation of a material provision of this policy.

    This can be done by letting you know at least 20 days before the date can- cellation takes effect.

  **(4)** When this policy is written for a period of more than one year, we may cancel for any reason(s) noted in **b.(3)** at anniversary by letting you know at least 20 days before the date cancellation takes effect.

**8. Subrogation**

The first paragraph is deleted and replaced by the following:

An "insured" may waive in writing before a loss all rights of recovery against any person. If not waived, we may require an assignment of rights of recovery for a loss to the extent that payment is made by us. However, we will be entitled to a recovery only after an "insured" has been fully compensated for the loss sustained.

All other provisions of the policy apply.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

HOMEOWNERS
HO 04 96 04 91

# <u>NO</u> SECTION II – LIABILITY COVERAGES FOR HOME DAY CARE BUSINESS
## <u>LIMITED</u> SECTION I – PROPERTY COVERAGES FOR HOME DAY CARE BUSINESS

If an "insured" regularly provides home day care services to a person or persons other than "insureds" and receives monetary or other compensation for such services, that enterprise is a "business." Mutual exchange of home day care services, however, is not considered compensation. The rendering of home day care services by an "insured" to a relative of an "insured" is not considered a "business."

Therefore, with respect to a home day care enterprise which is considered to be a "business," this policy:

1. Does not provide Section II – Liability Coverages because a "business" of an "insured" is excluded under exclusion **1.b.** of Section II – Exclusions;

2. Does not provide Section I – Coverage B coverage where other structures are used in whole or in part for "business";

3. Limits coverage for property used on the "residence premises" for the home day care enterprise to $2,500, because Coverage C – Special Limits of Liability – item **8.** imposes that limit on "business" property on the "residence premises." (Item **8.** corresponds to item **5.** in Form **HO 00 08.**);

4. Limits coverage for property used away from the "residence premises" for the home day care enterprise to $250, because Coverage C – Special Limits of Liability – Item **9.** imposes that limit on "business" property away from the "residence premises." Special Limit of Liability item **9.** does not apply to adaptable electronic apparatus as described in Special Limit of Liability items **10.** and **11.** (Items **9.**, **10.** and **11.** correspond to items **6.**, **7.** and **8.** respectively in Form HO 00 08.)

THIS ENDORSEMENT DOES NOT CONSTITUTE A REDUCTION OF COVERAGE.

      Copyright, Insurance Services Office, Inc., 1990

HO AF 09 01 09

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.
# WATER EXCLUSION ENDORSEMENT

If your Homeowner policy form is **HO 00 03**, the following applies:

**SECTION I – EXCLUSIONS**

**1.c.** Water Damage is replaced by the following:

**c.** Water

This means:

(1) Flood, surface water, waves, including tidal wave and tsunami, tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind, including storm surge;

(2) Water which:

(a) Backs up through sewers or drains; or

(b) Overflows or is otherwise discharged from a sump, sump pump or related equipment;

(3) Water below the surface of the ground, including water which exerts pressure on, or seeps, leaks or flows through a building, sidewalk, driveway, patio, foundation, swimming pool or other structure; or

(4) Waterborne material carried or otherwise moved by any of the water referred to in 1.c.(1) through 1.c.(3) of this Exclusion.

This Exclusion (1.c.) applies regardless of whether any of the above, in 1.c.(1) through 1.c.(4), is caused by an act of nature or is otherwise caused.

This Exclusion (1.(c)) applies to, but is not limited to, escape, overflow or discharge, for any reason, of water or waterborne material from a dam, levee, seawall or any other boundary or containment system.

However, direct loss by fire, explosion or theft resulting from any of the above, in 1.c.(1) through 1.c.(4), is covered.

All other provisions of this policy apply.

If your Homeowner policy form is **HO 00 02** or **HO 00 06**, the following applies:

**SECTION I – EXCLUSIONS**

**3.** Water Damage is replaced by the following:

**3.** Water

This means:

**a.** Flood, surface water, waves, including tidal wave and tsunami, tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind, including storm surge;

**b.** Water which:

(1) Backs up through sewers or drains; or

(2) Overflows or is otherwise discharged from a sump, sump pump or related equipment;

**c.** Water below the surface of the ground, including water which exerts pressure on, or seeps, leaks or flows through a building, sidewalk, driveway, patio, foundation, swimming pool or other structure; or

**d.** Waterborne material carried or otherwise moved by any of the water referred to in 3.a. through 3.c. of this Exclusion.

This Exclusion (3.) applies regardless of whether any of the above, in 3.a. through 3.d., is caused by an act of nature or is otherwise caused.

This Exclusion (3.) applies to, but is not limited to, escape, overflow or discharge, for any reason, of water or waterborne material from a dam, levee, seawall or any other boundary or containment system.

However, direct loss by fire, explosion or theft resulting from any of the above, in 3.a. through 3.d., is covered.

All other provisions of this policy apply.

Includes copyrighted material of
Insurance Services Office, Inc., with its permission.

HO AF 46 04 91

## Adjusted Rebuilding Cost (ARC)
### (Section I Only)

The limit for Coverage A (Dwelling), shown in the Declarations of this policy, will be adjusted at each policy anniversary. This adjustment (which will be rounded to the nearest $500) will reflect the rate of change in the Building Cost Index Numbers published by an independent company selected by us. However, we have the right to change to another cost index as of any anniversary date. Such change must apply to all similar policies issued by us.

Coverages B (Other Structures), C (Personal Property if included) and D (Loss of Use) will also be adjusted. The rules then in use by us will determine the new limits for these coverages.

None of these limits will be reduced without your consent.

The premium for any change in coverage resulting from application of this endorsement will be based on the rating rules then in use by us.

You have the right to refuse any resulting change in limits. You must do so in writing before the effective date of such change. If you do reject the new limits, we will delete this endorsement from your policy.

This endorsement must be attached to a Change Endorsement when issued after the policy is written.

All other provisions of this policy apply.

HO AF 46 04 91

HO AF 65 03 03

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

### SPECIAL HOMEOWNERS ENHANCEMENT
### AMENDATORY ENDORSEMENT

For no additional premium, Section I - Property Coverages and Section II - Additional Coverages are amended as follow:

### SECTION I - PROPERTY COVERAGES

COVERAGE C - Personal Property

**Special Limits of Liability**

Items **6.** and **7.** are deleted.

Items **1.,2.,3.,4.,5.,9.** are deleted and replaced by the following:

1. $250 on money, bank notes, bullion, gold other than goldware, silver other than silverware, platinum, coins and medals.

2. $1500 on securities, accounts, deeds, evidences of debt, letters of credit, notes other than bank notes, manuscripts, personal records, passports, tickets and stamps. This dollar limit applies to these categories regardless of the medium (such as paper or computer software) on which the material exists. This limit includes the cost to research, replace or restore the information from the lost or damaged material.

3. $1500 on watercraft, including their trailers, furnishings, equipment and outboard engines or motors.

4. $1500 on trailers not used with watercraft.

5. $1500 for loss by theft of jewelry, watches, furs, precious and semi-precious stones.

9. $500 on property away from the "residence premises", used at any time or in any manner for any "business" purposes. However, this limit does not apply to loss to adaptable electronic apparatus as described in Special Limits **10.** and **11.** below.

### ADDITIONAL COVERAGES

The first line of Item **5. Credit Card, Fund Transfer Card, Forgery and Counterfeit Money** is deleted and replaced by the following:

We will pay up to $1000 for:

The following Additional Coverages are added under Section I - Property Coverages:

Lock Replacement

We will pay, up to a maximum of $500, the cost to replace the door locks of the "residence premises" if your keys should be lost as a result of theft and the loss is reported to the local law enforcement agency. No deductible applies to this coverage.

Refrigerated Personal Property

We insure, up to $500, covered property stored in freezers or refrigerators on the "residence premises" for direct loss caused by:

1. Interruption of electric service to the refrigeration unit. The interruption must be caused by damage to the generating unit or transmitting equipment; or

2. Mechanical failure of the unit storing the property.

Coverage will apply only if you have maintained the refrigeration unit in proper working condition immediately prior to the loss.

This coverage does not increase the limit of liability for Coverage C - Personal Property.

The Power Failure exclusion under Section I - Exclusions does not apply to this coverage.

Special Deductible

The following deductible provision replaces any other deductible provision in this policy with respect to loss covered under the Refrigerated Personal Property Additional Coverage:

We will pay only that part of the loss that exceeds $100.

### SECTION II - ADDITIONAL COVERAGES

The first paragraph of Item **3. Damage to Property of Others** is deleted and replaced by the following:

We will pay, at replacement cost, up to $1000 per "occurrence" for "property damage" to property of others caused by an "insured".

All other provisions of this policy apply.

HO AF 65 03 03

HOMEOWNERS
HO AF 95 01 12

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# VACANCY CLAUSE
## FORMS HO 00 02, HO 00 03 AND HO 00 05 ONLY

### DEFINITIONS

The following definitions are added:

**"Vacant"**

A "residence premises" is defined as "vacant" when all insureds have moved out of the dwelling and a substantial part of the personal property is removed from the dwelling, such that the dwelling is void of people and furnishings.

**"Unoccupied"**

A "residence premises" is defined as "unoccupied" when the dwelling is not inhabited or there is a temporary lack of occupancy.

### SECTION I – CONDITIONS

The following Condition is added:

**Vacancy Clause**

1. You are required to notify us when the "residence premises" becomes "vacant".

2. You are required to notify us when the "residence premises" will be "unoccupied" for more than 30 consecutive days.

3. If a covered loss occurs when the "residence premises" is:

   a. "Vacant"; or

   b. "Unoccupied" for more than 30 consecutive days;

   and you did **not** notify us as required under Paragraphs **1.** or **2.** above, we will pay only that part of the total of all loss payable that exceeds the deductible described in Paragraph **4.** below.

4. Except as provided below, a 5% special deductible will apply to any covered loss that occurs under the conditions described in Paragraph **3.** above.

The dollar amount of this special deductible is determined by multiplying the Coverage **A** Limit of Liability shown in the Declarations by .05.

**Exceptions**

a. If an otherwise applicable deductible either **equals or exceeds** the dollar amount of the 5% special deductible, then that deductible will continue to apply instead of the 5% special deductible.

b. If an otherwise applicable deductible is **less than** the dollar amount of the 5% special deductible, then that deductible will continue to apply instead of the 5% special deductible ONLY if the policy or applicable endorsement states that:

   1) the applicable deductible replaces all other deductible provisions, or

   2) no other deductible provision applies to the specified peril, loss, or coverage.

c. If the policy or an endorsement states no deductible applies to a specified peril or coverage, then the 5% special deductible will not apply.

All other provisions of the policy apply.

## PREMISES ALARM OR
## FIRE PROTECTION SYSTEM

For a premium credit, we acknowledge the installation of an alarm system or automatic sprinkler system approved by us on the "residence premises." You agree to maintain this system in working order and to let us know promptly of any change made to the system or if it is removed.

 Copyright, Insurance Services Office, Inc., 1990

**EXCESS DWELLING COVERAGE**
**Arkansas**

HO AF 30 06 99

**REQUIREMENTS**

For an added premium, it is agreed:

* that you will insure your buildings under Coverages A and B for full replacement cost at the time this endorsement is added; and

* that each year you will accept the application of our Adjusted Rebuilding Cost (ARC) factor, when deemed necessary by us and you will pay any added premium; and

* that you will tell us within 90 days of the start of any additions or other physical changes to buildings on the residence premises which increase the value $5,000 or more and permit us to increase your coverage by the appropriate amount. You are required to pay any resulting premium change.

If you fail to comply with all these requirements, then, with respect to Coverages A and B, the following loss settlement provisions of this endorsement do not apply. The loss settlement terms of the policy will be applicable. But failure to comply does not void the replacement cost coverage terms of this endorsement with respect to personal property.

**LOSS SETTLEMENT**

Paragraph 3. Loss Settlement of SECTION I - CONDITIONS is deleted. It is replaced by:

3. Loss Settlement. Covered losses will be settled as follows:

a. Buildings under Coverages A or B at replacement cost without deduction for depreciation, subject to the following:

**Buildings**

   1) We will pay the cost to repair or replace without deduction for depreciation. But we will not pay more than the smaller of:

     a) the replacement cost of that part of the building damaged for equivalent construction, size, plan, design, and use on the same premises;

     b) the amount actually and necessarily spent to repair or replace the damaged building; or

     c) 125% of the limit of liability under this policy that applies to the building.

   2) When the cost to repair or replace the damaged building is more than $2,500 we will pay no more than the actual cash value of the damage until repair or replacement is completed.

b. Structures that are not buildings, outdoor antennas and outdoor equipment, whether or not attached to buildings, at actual cash value at the time of loss but not more than the amount required to repair or replace.

**Personal Property**

c. Except as stated in (3) and (4) following, personal property is not subject to a deduction for depreciation.

1) for personal property losses, we will not pay more than the smallest of:

- the amount shown in the policy for Coverage C;

- any Special Limits of Liability which apply;

- the replacement cost at time of loss; or

- the cost to repair.

2) With respect to personal property, replacement cost means the cost, at the time of loss, of a new item identical to the one damaged, destroyed or stolen. If an identical item is no longer manufactured or cannot be obtained, replacement cost will be the cost of a new item which is similar to the insured article, and of comparable quality.

3) If the cost to repair or replace any item is more than $500, we will pay no more than the actual cash value until repair or replacement is completed.

4) But we will not pay more than actual cash value on the following:

- rare or antique items that cannot be replaced;

- articles where age or history adds substantially to their value. These include but are not limited to memorabilia, souvenirs and collectors items;

- articles not maintained in workable condition;

- articles that are outdated or obsolete and are not being used.

**Our Option: Buildings/ Personal Property**

We have the right to repair or replace the property.

**Your Option: Buildings/ Personal Property**

You may choose to claim for loss to buildings and personal property on an actual cash value basis instead of replacement cost. If you do, you may then, within 180 days after the loss, claim for any additional amount due under the replacement cost terms of this endorsement.

All other terms of this policy apply.

```
DIAMOND BANK
2360 MALVERN AVENUE
HOT SPRINGS    AR   79101
```

```
DIAMOND BANK
2360 MALVERN AVENUE
HOT SPRINGS    AR   79101
```

```
DIAMOND BANK
2360 MALVERN AVENUE
HOT SPRINGS    AR   79101
```

, This declarations page, the policy jacket, the policy form and the endorsements
whose numbers are shown hereon constitute the entire policy contract.

ARMED FORCES INSURANCE EXCHANGE

ENDORSEMENT EFF 01/14/13 AMEND NAMED INSURED

| | |
|---|---|
| NAMED<br>INSURED<br>AND<br>INSURED<br>LOCATION | FERRELL D CLEMENTS<br>24 DAFFODIL LANE<br>STORY  AR  71970<br>COUNTY: MONTGOMERY |

MEMBER NUMBER: 4503291
POLICY NUMBER: 0688734E-BR

POLICY PERIOD: 12:01 AM STANDARD TIME AT
THE RESIDENCE PREMISES FOR
12 MONTHS FROM 01/14/13 TO
01/14/14.

SECTION I - COVERAGES

A. DWELLING      B.  OTHER          C. PERSONAL           D. LOSS OF
                     STRUCTURES           PROPERTY                 USE
   $168,500            $16,850            $168,500              UNLIMITED

SECTION II - LIMITS OF LIABILITY

E. PERSONAL LIABILITY     F. MEDICAL PAYMENTS TO OTHERS
   (EACH OCCURRENCE)         (EACH PERSON)
      $300,000                 $5,000

                                    TOTAL ANNUAL PREMIUM     $2,036.00

                          PREMIUM ADJUSTMENT: NONE
SUBSEQUENT ANNUAL PREMIUMS BASED UPON RATES IN EFFECT AT EACH ANNUAL
INSTALLMENT DUE DATE.

FORMS AND ENDORSEMENTS:

HO 00 03 04 91   HO0103 0107 HO0496 0491 HOAF09 0109 HOAF46 0491
HDAF65 0303 HDAF95 0112 300038 0906

HO 04 16       04 91 PREMISES ALARM CREDIT CODE 3B
HO AF 30       06 99 EXCESS DWELLING COVERAGE

DEDUCTIBLE - SECTION I: IN CASE OF LOSS UNDER SECTION I, WE COVER ONLY THAT
                        PART OF THE LOSS OVER THE FOLLOWING DEDUCTIBLE:
                        $1,000 ALL PERILS

MORTGAGEE
DIAMOND BANK
2360 MALVERN AVENUE
HOT SPRINGS  AR  79101

                                              ARC FACTOR:  1.016
                                                     H100521-01
CONSTRUCTION: MASONRY
9          44          M      AR-014      01      150710      91- XH      V01

If this declarations page is designated as "ENDORSEMENT", it is agreed in consideration of the premium or the change in premium
herein indicated that any previous declaration page of this policy is hereby amended by this page.

COUNTERSIGNATURE     RESIDENT AGENT     AUTHORIZED REPRESENTATIVE     DATE 03/05/13     120177166
                                                                                        S30



# Armed Forces Insurance

OUR MISSION IS YOU.

## Sworn Statement IN PROOF OF LOSS

Armed Forces Insurance CLAIM NUMBER:     C73869

To the Armed Forces Insurance Exchange of Leavenworth Kansas,

At time of loss, by the above indicated policy of insurance you insured-

24 Daffodil Lane

(List Here Policyholder or Insured Interests as they appear on the Armed Forces Insurance Exchange policy under which claim is now made.) against loss by

Ferrell Clements to the property described according to the terms and conditions of said policy and of all forms, endorsements, transfers and

assignments attached thereto.

A Fire loss occurred about the hour of @9:30ish o'clock AM/PM., on the 1st day of March, 2013.

ORIGIN The cause and origin of the said loss were: electrical panel

OCCUPANCY. The building described, or containing the property described, was occupied at the time of the loss as follows, and for no other

purpose whatever: Ferrell Clements - home.

TITLE AND At the time of the loss, the interest of your insured in the property described therein was 100% INTEREST

Ferrell Clements - mortgage w/ Diamond Bank ($20.22K)

No other person or persons had any interest therein or encumbrance thereon, except:

Since the said policy was issued, there has been no assignment thereof, or change of interest, use, occupancy, possession, location

or exposure of the property described, except N/A

TOTAL THE TOTAL AMOUNT OF INSURANCE upon the property described by this policy was, at the time of the loss, (No attachment)

$ 168,500 + 16,850 as more particularly specified in the apportionment attached, besides which there was no

policy or other contract of insurance, written or oral, valid or invalid.

House    Contents

VALUE THE ACTUAL CASH VALUE of said property at the time of the loss was . . . . . . . . . . . . $ 98,000    50,832.03

LOSS THE WHOLE LOSS AND DAMAGE was . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 98,000    50,832.08

AMT. CLAIMED THE AMOUNT CLAIMED under the above numbered policy number is. . . ... $ 98,000    50,832.08

STATEMENTS:

The said loss did not originate by any act, design or procurement on the part of your insured, or this affiant; nothing has OF INSURED done by or with the privity or consent of your insured or this affiant, to violate the conditions of the policy, or render it void; no articles are mentioned herein or in annexed schedules but such as were destroyed or damaged at the time of said loss; no property saved has in any manner been concealed, and no attempt to deceive the said company, as to the extent of said loss, has in any manner been made. Any other information that may be required will be furnished and considered a part of this proof.

The furnishing of this blank or the preparation of proofs by a representative of the above insurance company is not a waiver of any of its rights.

State Of Arkansas

County Of Montgomery

Insured: (signed) Ferrell Clements

Please Print Above Signed Name Here:

Arkansas law requires the following to appear on this form: "Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison."

550 Eisenhower Road
Leavenworth, KS 66048
www.afi.org



Billing: 800-524-9325
Claims: 800-255-0187
Policyholder Services: 800-255-6792

1-60 015 05 07 T

| Personal Property Inventory Form | | Policy Number: F. Clemente | | | | Claim Number: C 73869 | | | |
|---|---|---|---|---|---|---|---|---|---|
| Room: Laundry Page of | | Insured: F. Clementi | | | | Date of Loss: 3-1-13 | | | |
| Qty | Description of Property (Include mfr, brand name, serial and model numbers) | Purchased or Obtained From | Date of purchase or Age | Original Cost New | Method of Pay, Cash, Charge, etc. | Current Replacement Cost | Cost of Repair or Restoration | Company use only | |
| | | | | | | | | Dep/Disc | Settlement |
| 1 | Front loading washER | ushure | 2006 | ushure | cash | 900.00 | | | 0.00 |
| 1 | Heavy duty dryER | ↑ | ↑ | ↑ | ↑ | 600.00 | | | 0.00 |
| 1 | double fixed standing | | | | | 150.00 | | | 0.00 |
| | laundry table | | | | | | | | 0.00 |
| 1 | vacuum cleanER | | | | | 140.00 | | | 0.00 |
| 1 | mop bucket | | | | | 40.00 | | | 0.00 |
| 1 | GRooM | | | | | 15.00 | | | 0.00 |
| 1 | step ladder | ↓ | ↓ | ↓ | ↓ | 80.00 | | | 0.00 |
| 2 | Round table stools | ushure | 2006 | ushure | cash | 80.- | | | 0.00 |
| | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| This above information is true and correct to the best of my (our) knowledge | | INSURED'S SIGNATURE | | | | Date 7/18/10 | TOTALS | $0.00 | $0.00 |
| | | INSURED'S SIGNATURE | | | | Date 7/18/10 6-11-13 | 1,995.00 | | |

Instructions: PLEASE USE A BALL POINT PEN OR A NO. 2 PENCIL. YOU HAVE JUST SUFFERED A LOSS TO YOUR PERSONAL PROPERTY THAT WILL REQUIRE SOME TIME TO PROPERLY LIST. THESE INSTRUCTIONS AND THE PERSONAL PROPERTY INVENTORY FORMS WILL HOPEFULLY MAKE THAT TASK EASIER FOR YOU.

1) First, separate the damaged from the undamaged items and protect repairable and undamaged items from further damage. Make your listing one room at a time.

2) Complete columns 1 through 8 on the inventory form as completely as possible.

3) Attach any document you may have, such as receipts, cancelled checks, credit slips, warranty booklets, operating instructions, photographs to support ownership and the cost of items.

4) When you have completed the inventory, or if you have any questions, please contact your Claim Representative.

5) Please retain only the last copy for your records.

1 71 127 08 97

| Personal Property Inventory Form | | Policy Number: O 6887 34E BR | | | Claim Number: C 43869 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Room: _Bedroom_  Page _of_ | | Insured: F. Clemens | | | Date of Loss: 3 1 13 | | | | |
| Qty | Description of Property (Include mfr, brand name, serial and model numbers) | Purchased or Obtained From | Date of purchase or Acq. | Original Cost New | Method of Pay, Cash, Charge, etc. | Current Replacement Cost | Cost of Repair or Restoration | Company use only | |
| | | | | | | | | Dep/Disc | Settlement |
| 1 | Small size bed (full) | shop | 2010 ? | 2,300.00? | cash | 2,250.00 | — | | 0.00 |
| | foam Mattress | | | | | | | | 0.00 |
| 1 | Ottoman fold out bed | garage sale | 2010 ? | 750.00 | | 750.00 | — | | 0.00 |
| 1 | Second class lounge chair | | | | | 975.00 | — | | 0.00 |
| | | | | | | | | | 0.00 |
| 1 | Tempi Pedic full | instore | 2007-08 | 1,850.00? | cash | 1,850.00 | — | | 0.00 |
| | 4 sheets and pillow cases | | | | | | | | 0.00 |
| | Table Cloths and napkins | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| | Misc. | | | | | | | | 0.00 |
| 4 | Lawn chairs | garage sale | 2007-11 | 1,250.00 | | 1,250.00 | — | | 0.00 |
| 2 | Antique Oil Lanterns | instore | 2007-11 | 150.00 | 150.00 | 150.00 | — | | 0.00 |
| 3 | Antique Sewing Machines | | | 4,500.00 | | 1,500.00 | — | | 0.00 |
| | Wind Chimes | | | 90.00 | | 30.00 | — | | 0.00 |
| | pots and planters | | | 2.00 | | 800.00 | — | | 0.00 |
| 2 | fur drapes | unshure | 2007-11 | 152.00 | cash | 150.00 | — | | 0.00 |
| | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| This above information is true and correct to the best of my (our) knowledge | | INSURED'S SIGNATURE | | | | Date 7/16/10 | TOTALS | $0.00 | $0.00 |
| | | INSURED'S SIGNATURE | | | | Date 7/16/10 6-11-13 | 9,105.00 | | |

Instructions:  PLEASE USE A BALL POINT PEN OR A NO. 2 PENCIL. YOU HAVE JUST SUFFERED A LOSS TO YOUR PERSONAL PROPERTY THAT WILL REQUIRE SOME TIME TO PROPERLY LIST. THESE INSTRUCTIONS AND THE PERSONAL PROPERTY INVENTORY FORMS WILL HOPEFULLY MAKE THAT TASK EASIER FOR YOU.

1) First, separate the damaged from the undamaged items and protect repairable and undamaged items from further damage.  Make your listing one room at a time.
2) Complete columns 1 through 8 on the inventory form as completely as possible.
3) Attach any document you may have, such as receipts, cancelled checks, credit slips, warranty booklets, operating instructions, photographs to support ownership and the cost of items.
4) When you have completed the inventory, or if you have any questions, please contact your Claim Representative.
5) Please retain only the last copy for your records.

1 71 127 06 97

*some came w/ house when purchased*

| Personal Property Inventory Form | | Policy Number: O688734E BR | | Claim Number: C73869 | | | | |
|---|---|---|---|---|---|---|---|---|
| Room: *Living* Page of | | Insured: *Flumerts* | | Date of Loss: 3 | | 11 3 | | |
| Qty | Description of Property (include mfr, brand name, serial and model numbers) | Purchased or Obtained From | Date of purchase or Age | Original Cost New | Method of Pay, Cash, Charge, etc. | Current Replacement Cost | Cost of Repair or Restoration | Company use only Dep/Disc  Settlement |
| 1 | 3 cushion chanical chair | ? | 2006 | ? | Cash | 1200.00 | 0 — | 0.00 |
| 1 | matching love seat | ? | | ? | | 800.00 | 00 — | 0.00 |
| 2 | 2 X 4 (walnut) lamp tables | ? | | ? | | | | 0.00 |
| | (raised wood legs with | ? | | ? | | | | 0.00 |
| | heavy glass top) and a | | *than* | | | | | 0.00 |
| 1 | long drawers at bottom | ? | | | | 600.00 | 0 — | 0.00 |
| 1 | Coffee table, 3X5 in walnut | ? | | | | 700.00 | — | 0.00 |
| 1 | lifted with 3/4 inch glass | ? | | | | | | 0.00 |
| 1 | large entertainment center | ? | | | | 260.00 | — | 0.00 |
| | 5 ft high, 5 ft wide, 2ft deep | ? | | ? | | 258.00 | — | 0.00 |
| 1 | 75-100 disos | unsure | 2012 | ? | | | — | 0.00 |
| 1 | 55 TV flat screen | walmart | 2011 | 1,100.00 | Cash | 1,100.00 | 40 — | 0.00 |
| 12 | paintings and prints | ? | | ? | Cash | 1,000.00 | — | 0.00 |
| 36 | collection of angel figurines | ? | | ? | Cash | 2,400.00 | — | 0.00 |
| | (one leaving both in window) | | | ? | | | | 0.00 |
| 2 | pr 108" drapes | ? | | ? | Cash | 200.00 | | 0.00 |
| | | | | | | | | 0.00 |
| | | | | | | | | 0.00 |
| | | | | | | | | 0.00 |
| | | | | | | | | 0.00 |
| | | | | | | | | 0.00 |

This above information is true and correct to the best of my (our) knowledge   INSURED'S SIGNATURE                Date 7/10/10   TOTALS   $0.00   $0.00

INSURED'S SIGNATURE                Date 7/10/10
6-11-13   7,750.00

Instructions: PLEASE USE A BALL POINT PEN OR A NO. 2 PENCIL. YOU HAVE JUST SUFFERED A LOSS TO YOUR PERSONAL PROPERTY THAT WILL REQUIRE SOME TIME TO PROPERLY LIST. THESE INSTRUCTIONS AND THE PERSONAL PROPERTY INVENTORY FORMS WILL HOPEFULLY MAKE THAT TASK EASIER FOR YOU.

1) First, separate the damaged from the undamaged items and protect repairable and undamaged items from further damage. Make your listing one room at a time.
2) Complete columns 1 through 8 on the inventory form as completely as possible.
3) Attach any document you may have, such as receipts, cancelled checks, credit slips, warranty booklets, operating instructions, photographs to support ownership and the cost of items.
4) When you have completed the inventory, or if you have any questions, please contact your Claim Representative.
5) Please retain only the last copy for your records.

1 71 127 08 97

| Qty | Description of Property (include mfr, brand name, serial and model numbers) | Purchased or Obtained From | Date of purchase or Age | Original Cost New | Method of Pay, Cash, Charge, etc. | Current Replacement Cost | Cost of Repair or Restoration | Company use only Dep/Disc | Settlement |
|---|---|---|---|---|---|---|---|---|---|
| **Policy Number:** Elements | | | | **Claim Number:** C 43869 | | | | | |
| **Room:** Launder Page of | | **Insured:** Elements | | | **Date of Loss:** 3/1/13 | | | | |
| 1 | front loading washer | | | | | 455.00 | — | | 0.00 |
| 1 | Heavy duty (dryer) | inshure | 2006-08 | inshure | cash | | — | | 0.00 |
| 1 | Double Rair standing | | 2006 | | | 600.00 | — | | 0.00 |
| | laundry tubs | | | | | 130.00 | — | | 0.00 |
| 1 | (laundry closet) | | | | | 140.00 | — | | 0.00 |
| 1 | Mop/bucket | | | | | 40.00 | — | | 0.00 |
| 1 | broom's | | | | | 4.00 | — | | 0.00 |
| 1 | lite a ladder | | | | | 75.00 | — | | 0.00 |
| 2 | Roland tin stands | inshure | | inshure | cash | 80.00 | — | | 0.00 |
| 1 | Front loading washer | inshure | 2006 | inshure | cash | 900.00 | | | 0.00 |
| | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |

This above information is true and correct to the best of my (our) knowledge

INSURED'S SIGNATURE _____     Date 7/10/10

INSURED'S SIGNATURE _____     Date 7/10/10   6-11-13   $2,889.00

**TOTALS** $0.00   $0.00

Instructions:  PLEASE USE A BALL POINT PEN OR A NO. 2 PENCIL. YOU HAVE JUST SUFFERED A LOSS TO YOUR PERSONAL PROPERTY THAT WILL REQUIRE SOME TIME TO PROPERLY LIST. THESE INSTRUCTIONS AND THE PERSONAL PROPERTY INVENTORY FORMS WILL HOPEFULLY MAKE THAT TASK EASIER FOR YOU.
1) First, separate the damaged from the undamaged items and protect repairable and undamaged items from further damage.  Make your listing one room at a time.
2) Complete columns 1 through 8 on the inventory form as completely as possible.
3) Attach any document you may have, such as receipts, cancelled checks, credit slips, warranty booklets, operating instructions, photographs to support ownership and the cost of items.
4) When you have completed the inventory, or if you have any questions, please contact your Claim Representative.
5) Please retain only the last copy for your records.

1 71 127 08 97

| Personal Property Inventory Form | | Policy Number: 06887 346 BR | | | | Claim Number: C 73869 | | | |
|---|---|---|---|---|---|---|---|---|---|
| Room: Building Page of | | Insured: Elements | | | | Date of Loss: 3 1 13 | | | |
| Qty | Description of Property (include mfr, brand name, serial and model numbers) | Purchased or Obtained From | Date of purchase or | Original Cost New | Method of Pay, Cash, Charge, etc | Current Replacement Cost | Cost of Repair or Restoration | Company use only | |
| | | | | | | | | Dep/Disc | Settlement |
| 1 | Oak china cabinet | Various | 2007-13 | unsure | cash | 2,250.00 | ✓ | | 0.00 |
| 1 | Oak pedestal table | retail | 2007-13 | unsure | cash | 1,250.00 | ✓ | | 0.00 |
| 4 | dining chairs | stores | | | | 750.00 | ✓ | | 0.00 |
| 1 | antique desk | | | | | 750.00 | ✓ | | 0.00 |
| 1 | portable radio | | | | | 75.00 | ✓ | | 0.00 |
| | 36 figurines (over dozen) | | | | | 2,000.00 | | | 0.00 |
| | 34 dolls (3 ethnic shelves) | | | | | 1,500.00 | | | 0.00 |
| 4 | silicates | | | | | 500.00 | — | | 0.00 |
| 1 | china cabinet double glass | | | | | 200.00 | — | | 0.00 |
| | doors, 5 shelves tall | | | | | 1,000.00 | | | 0.00 |
| | Chairs - 7 sets in place | | | | | 500.00 | — | | 0.00 |
| | cottages 8 cut glass serving | | | | | 800.00 | — | | 0.00 |
| | bowls to dividing dishes | | | | | 400.00 | — | | 0.00 |
| | 2 silver trays (3 crystal glass | | | | | 150.00 | — | | 0.00 |
| | trays 1 large cutting board | | | | | 100.00 | — | | 0.00 |
| 15 | cut glass and crystal dishes | | | | | 750.00 | — | | 0.00 |
| 12 | pots and skillets | | | | | 350.00 | — | | 0.00 |
| 1 | crock pot | | | | | 50.00 | — | | 0.00 |
| 1 | microwave oven | | | | | 270.00 | — | | 0.00 |
| 1 | large coffee grind | | | | | 90.00 | — | | 0.00 |
| 1 | hot pot | | | | | 80.00 | — | | 0.00 |
| 1 | toaster | | | | | 80.00 | — | | 0.00 |
| | blender / mixer (Vita-Mix) | | 2007-13 | unsure | cash | 200.00 | — | | 0.00 |

This above information is true and correct to the best of my (our) knowledge

INSURED'S SIGNATURE

INSURED'S SIGNATURE

Date/Time 6-11-03

Date/Time 6-11-03

TOTALS $0.00 $0.00

18,485 -

Instructions: PLEASE USE A BALL POINT PEN OR A NO. 2 PENCIL. YOU HAVE JUST SUFFERED A LOSS TO YOUR PERSONAL PROPERTY THAT WILL REQUIRE SOME TIME TO PROPERLY LIST. THESE INSTRUCTIONS AND THE PERSONAL PROPERTY INVENTORY FORMS WILL HOPEFULLY MAKE THAT TASK EASIER FOR YOU.

1) First, separate the damaged from the undamaged items and protect repairable and undamaged items from further damage. Make your listing one room at a time.

2) Complete columns 1 through 8 on the inventory form as completely as possible.

3) Attach any document you may have, such as receipts, cancelled checks, credit slips, warranty booklets, operating instructions, photographs to support ownership and the cost of items.

4) When you have completed the inventory, or if you have any questions, please contact your Claim Representative.

5) Please, retain only the last copy for your records.

1 71 127 06 97

| Personal Property Inventory Form | | Policy Number: O688734EBR | | | Claim Number: C73869 | | | |
|---|---|---|---|---|---|---|---|---|
| Room: Kitchen   Page   of | | Insured: F Clements | | | Date of Loss: 3 1 13 | | | |
| Qty | Description of Property (include mfr, brand name, serial and model numbers) | Purchased or Obtained From | Date of purchase or Age | Original Cost New | Method of Pay, Cash, Charge, etc. | Current Replacement Cost | Cost of Repair or Restoration | Company use only Dep/Disc   Settlement |
| 1 | Ceramic glass top range | ? | unsure | 1800 — | | 1,800.00 | — | 0.00 |
| 1 | Dishwasher | ? | unsure | 450 | | 450.00 | — | 0.00 |
| 1 | Hot plate | | | | | 104.00 | — | 0.00 |
| 1 | Pantry full of Canned and dry foods — three hundred dollar | | 2006-13 | 300 — unsure | cash | 300.00 | | 0.00 |
| | | | | | | | | 0.00 |
| 3 | Oak bar chairs with backs | | 2006-13 | 250 | cash ? | 250.00 | | 0.00 |
| 3 | Gun Rack(s) oak | | 2006-13 | 195 — | ? | 175.00 | — | 0.00 |
| 1 | Oven (breader) | | 2006-13 | 350 | ? | 350.00 | 100 — | 0.00 |
| 7 | Ceramic trees statues | | 2006-13 | unsure | cash | 900.00 | — | 0.00 |
| | (antique size) | | | | | | | 0.00 |
| 6 | skillets — | | 2006-13 | 180 — | cash | 180.00 | — | 0.00 |
| 6 | sauce pans | | 2006-13 | 180 — | cash | 150.00 | — | 0.00 |
| | General Kitchen supplies ? | | | | | 150.00 | — | 0.00 |
| | | | | | | | | 0.00 |
| | | | | | | | | 0.00 |
| | | | | | | | | 0.00 |
| | | | | | | | | 0.00 |
| | | | | | | | | 0.00 |
| | | | | | | | | 0.00 |
| | | | | | | | | 0.00 |
| This above information is true and correct to the best of my (our) knowledge | | INSURED'S SIGNATURE | | | Date 7/10/10 | TOTALS | $0.00 | $0.00 |
| | | INSURED'S SIGNATURE | | | Date 7/10/10 6/11/13 | 4,805.00 | | |

Instructions: PLEASE USE A BALL POINT PEN OR A NO. 2 PENCIL. YOU HAVE JUST SUFFERED A LOSS TO YOUR PERSONAL PROPERTY THAT WILL REQUIRE SOME TIME TO PROPERLY LIST. THESE INSTRUCTIONS AND THE PERSONAL PROPERTY INVENTORY FORMS WILL HOPEFULLY MAKE THAT TASK EASIER FOR YOU.

1) First, separate the damaged from the undamaged items and protect repairable and undamaged items from further damage.  Make your listing one room at a time.
2) Complete columns 1 through 8 on the inventory form as completely as possible.
3) Attach any document you may have, such as receipts, cancelled checks, credit slips, warranty booklets, operating instructions, photographs to support ownership and the cost of items.
4) When you have completed the inventory, or if you have any questions, please contact your Claim Representative.
5) Please retain only the last copy for your records.

1 71 127 08 07

| Personal Property Inventory Form | | Policy Number: O688734E BR | | | Claim Number: N 73869 | | | |
|---|---|---|---|---|---|---|---|---|
| Room: _Both_  Page  of | | Insured: F Clements | | | Date of Loss: 3 | 1 | 13 | |
| Qty | Description of Property (Include mfr, brand name, serial and model numbers) | Purchased or Obtained From | Date of purchase or Age | Original Cost New | Method of Pay, Cash, Charge, etc. | Current Replacement Cost | Cost of Repair or Restoration | Company use only Dep/Disc  Settlement |
| 1 | _Large wood Model ship_ | _friend_ | _2010_ | _100.00_ | _cash_ | _100.00_ | — | 0.00 |
| 1 | _Large light house Canada_ | _Sun_ | | | ↓ | _150.00_ | — | 0.00 |
| | _study desk of figurines_ | _shop_ | _varied_ | | _appry_ | _Cash_ | _300.00_ | — | 0.00 |
| | _(milney) odd ladies_ | | | | | | | 0.00 |
| 24 | _Bath towels_ | ? | _2006-13_ | _no those_ | | _175.00_ | — | 0.00 |
| 34 | _Basic towels - Wash Clothes_ | | _2006-13_ | _don't know_ | | _80.00_ | — | 0.00 |
| 1 | _Case dental forms_ | | _2011-13_ | _unsure_ | | _25.00_ | — | 0.00 |
| | _Decorating & balancing_ | | ↓ | ↓ | | _200.00_ | — | 0.00 |
| | _Supplies_ | | | | | | | 0.00 |
| 1 | _Closet_ | ? | _2010 Pri_ | | | _50.00_ | — | 0.00 |
| | _Cleaning Supplies_ | | _2013_ | _unsure_ | | _50.00_ | — | 0.00 |
| | | | | | | | | 0.00 |
| | | | | | | | | 0.00 |
| | | | | | | | | 0.00 |
| | | | | | | | | 0.00 |
| | | | | | | | | 0.00 |
| | | | | | | | | 0.00 |
| | | | | | | | | 0.00 |
| | | | | | | | | 0.00 |
| This above information is true and correct to the best of my (our) knowledge | INSURED'S SIGNATURE | | | | Date 7/10/10 | TOTALS | $0.00 | $0.00 |
| | INSURED'S SIGNATURE | | | | Date 7/10/10  6/11/13 | _1,130.00_ | | |

Instructions:  PLEASE USE A BALL POINT PEN OR A NO. 2 PENCIL. YOU HAVE JUST SUFFERED A LOSS TO YOUR PERSONAL PROPERTY THAT WILL REQUIRE SOME TIME TO PROPERLY LIST. THESE INSTRUCTIONS AND THE PERSONAL PROPERTY INVENTORY FORMS WILL HOPEFULLY MAKE THAT TASK EASIER FOR YOU.

1) First, separate the damaged from the undamaged items and protect repairable and undamaged items from further damage.  Make your listing one room at a time.

2) Complete columns 1 through 8 on the inventory form as completely as possible.

3) Attach any document you may have, such as receipts, cancelled checks, credit slips, warranty booklets, operating instructions, photographs to support ownership and the cost of items.

4) When you have completed the inventory, or if you have any questions, please contact your Claim Representative.

5) Please retain only the last copy for your records.

1 71 127 0E 97

| Personal Property Inventory Form | | Policy Number: O 688734E BR | | | | Claim Number: C 73869 | | | |
|---|---|---|---|---|---|---|---|---|---|
| Room: *Bedroom* Page (*Master*) | | Insured: FClements | | | | Date of Loss: 3/1/13 | | | |
| Qty | Description of Property (Include mfr, brand name, serial and model numbers) | Purchased or Obtained From | Date of purchase or Age | Original Cost New | Method of Pay, Cash, Charge, etc. | Current Replacement Cost | Cost of Repair or Restoration | Company use only Dep/Disc   Settlement | |
| 1 | *Large King size Bed* | Shop | 2011 | 2875.00 | Cash | 3,363.03 | — | | 0.00 |
| 1 | *Bedroom dresser — (taller)* | Mother | | unknown | Cash | 1,700.00 | — | | 0.00 |
| 1 | *Dressing Table* | Shop | 2007 ? | | | 300.00 | — | | 0.00 |
| 1 | *Floor lamp* | | | | | 125.00 | — | | 0.00 |
| 1 | *Magazine rack* | | | | | 250.00 | — | | 0.00 |
| 1 | *Recliner chair* | | | | | 650.00 | — | | 0.00 |
| 1 | *Chest of Drawers* | Shop | 2007 | | | 835.00 | — | | 0.00 |
| | *full of clothes* | | | | | 500.00 | — | | 0.00 |
| | | | | | | 3,465.00 | — | | 0.00 |
| 4 | *sheets* | unknown | 2007 ? | | | 600.00 | — | | 0.00 |
| 3 | *Bed spreads* | unknown | 2007 ? | | | 400.00 | — | | 0.00 |
| 3 | *pin cushions* | unknown | 2007 ? | unknown | Cash | 150.00 | — | | 0.00 |
| | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| This above information is true and correct to the best of my (our) knowledge | | INSURED'S SIGNATURE | | | | Date 7/16/10 | TOTALS | $0.00 | $0.00 |
| | | INSURED'S SIGNATURE | | | | Date 7/16/10  6-11-13 | | 9,473.03 | |

Instructions:  PLEASE USE A BALL POINT PEN OR A NO. 2 PENCIL. YOU HAVE JUST SUFFERED A LOSS TO YOUR PERSONAL PROPERTY THAT WILL REQUIRE SOME TIME TO PROPERLY LIST. THESE INSTRUCTIONS AND THE PERSONAL PROPERTY INVENTORY FORMS WILL HOPEFULLY MAKE THAT TASK EASIER FOR YOU.

1) First, separate the damaged from the undamaged items and protect repairable and undamaged items from further damage.  Make your listing one room at a time.

2) Complete columns 1 through 8 on the inventory form as completely as possible.

3) Attach any document you may have, such as receipts, cancelled checks, credit slips, warranty booklets, operating instructions, photographs to support ownership and the cost of items.

4) When you have completed the inventory, or if you have any questions, please contact your Claim Representative.

5) Please retain only the last copy for your records.

1 71 127 08 97