IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

FERRELL CLEMENTS                                                                                    PLAINTIFF

vs.                                         Case No. 15-cv-6094

ARMED FORCES INSURANCE EXCHANGE                                          DEFENDANT

## ORDER

    Before the Court is the parties' Joint Motion to Dismiss. (ECF No. 21). It has been reported to the Court that the within matter has been fully settled and compromised by the parties. Accordingly, the Motion is **GRANTED**, and Plaintiff's Complaint and Defendant's Counterclaim hereby **DISMISSED WITH PREJUDICE**. If any party desires that the terms of settlement be a part of the record therein, those terms should be reduced to writing and filed with the court within thirty (30) days of the entry of this order. The Court shall retain jurisdiction over the terms of the settlement agreement.

    **IT IS SO ORDERED**, this 12th day of August, 2016.

                                                     /s/ Susan O. Hickey
                                                   Susan O. Hickey
                                                   United States District Judge